FILED

2015 Jun-02 AM 09:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(NORTHEASTERN DIVISION)

FILED

2015 MAY 29  A 10: 11

U.S. DISTRICT COURT
N.D. OF ALABAMA

DAVID RONALD CHANDLER,            )

   Petitioner,                    )

                                   )

vs.                               )    Case No. 1:90-CR-00266

                                   )

UNITED STATES OF AMERICA,         )

   Respondent.                    )

## MOTION FOR APPOINTMENT OF COUNSEL

Comes Now the Petitioner, ("Chandler"), pro-se, and respectfully moves this Honorable District Court to appoint counsel pursuant to 18 U.S.C. § 3006A.

Chandler is proceeding thus far without the benefit of counsel and prays the Court will look to the substance of what is being argued rather than in the form in which it is being presented. See, Haines v. Kerner, 404 U.S. 519, 520, 92 S.Ct. 594, 30 L.Ed 2d 652 (1972).

As grounds for this request for appointment of counsel, Petitioner presents the following:

1. Chandler has filed a motion challenging jurisdiction in violation of the United States Constitution and the motion is a complex one. Petitioner cannot effectively litigate the merits without the appointment of counsel.

1

A complex case is one "involving facts so unusual as to justify expenditure of more time, skill and effort than normal." See, United States v. Grabowiecka, 2007 U.S. Dist. LEXIS 41884 (11th Cir. 2007). Further, in proceedings which challenge a conviction, the appointment of counsel is necessary when Due Process or "the interests of justice" require it. See, Crawford v. United States, 2010 U.S. Dist. LEXIS 50502 (N.D. Ga 2010).

Petitioner asserts that his Constitutional rights were violated in that the Doctrine of Comity was ignored in his prosecution. The State first sought jurisdiction in Chandler's criminal prosecution but the Federal Government seized an unlawful opportunity to incarcerate him instead. This placed Chandler in Double Jeopardy. To correct this error of Constitutional magnitude, it will require the skill of a non-biased fact finder. Due Process demands it.

Finally, if this Honorable Court cannot find enough merit in the present petition to warrant appointment of lead counsel, then Petitioner prays that standby counsel be appointed to familiarize himself with the facts of this case in order that adjudication is fair.

So prayed.

This document is signed, dated and sworn to pursuant to 28 U.S.C. § 1746 under the penalty of perjury on this 26th day of May, 2015.

*David Ronald Chandler*
David Ronald Chandler
#17867-001

2

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a true and correct copy of the foregoing motion for Appointment of Counsel to the United States Attorneys Office for the Northern District of Alabama, by placing same into the prison mailing system on this 26 day of May, 2015, first class postage prepaid.

*David Ronald Chandler*

David Ronald Chandler
#17867-001
FCI Talladega
PMB 1000
Talladega, AL 35160

3