FILED

2015 Sep-10 AM 08:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | Case No. 1:90-cr-266-JHH-TMP |
| | ) | |
| DAVID RONALD CHANDLER, | ) | |
| | ) | |
| Defendant/Movant. | ) | |

## ORDER

The defendant/movant's motion for reconsideration (Doc. 554) is DENIED.

The Clerk is DIRECTED to mail a copy of the foregoing to the movant.

**DONE** this the ___10th___ day of September, 2015.

_James H. Hancock_
SENIOR UNITED STATES DISTRICT JUDGE