FILED

2015 Nov-17  AM 10:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

FILED

2015 NOV 16  P 12: 06

U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES OF AMERICA,            ]

    Plaintiff,                       ]

                               ]

vs.                                  ]    Case No. 1:90-CR-266-JHH

                               ]

DAVID RONALD CHANDLER,               ]

    Defendant/Movant.                ]

_____/

## MOTION FOR CLARIFICATION AND STIPULATION OF LAW

Comes Now, David Ronald Chandler, pro-se in this matter, and is hereby filing a Motion for Clarification and Stipulation of Law  and states the following in support thereof:

1.  On September 25, 1990, Calhoun County Sheriff's Deputies executed a warrantless arrest of David Ronald Chandler. On October 5, 1990, the State of Alabama indicted Chandler, charging him with the murder of Marlin Earl Shuler. [Indictment by State of Alabama, Case No. CC-90-1042]. See attached marked Exhibit A.

2.   On October 17, 1990, the Circuit Court of Calhoun County arraigned Chandler on a capital case without an attorney in violation of **Hamilton v. Alabama,** 368 U.S. 52 (1961). The unanimous view of the Supreme Court of the United States which held: Since arraignment is a critical stage in a criminal proceeding under Alabama law, an accused in a capital case in an Alabama

1.

State Court is entitled, as a matter of Federal Constitutional law, to counsel at this arraignment and that if he is without counsel at the arraignment, he may obtain relief from his conviction without showing that he suffered disadvantage by such denial . (See attached marked Exhibit B.

3.    After David Ronald Chandler was arraigned on October 17, 1990 on a capital murder charge without an attorney, he was promptly transferred from Calhoun County where he was charged, to Jefferson County Jail where he had no charges.

4.    Judge James H. Hancock stated in his order dated August 20, 2015 on page two, "The record is not clear how he was turned over to federal authorities for trial. At the trial of federal charges, he was convicted on April 2, 1991, and ultimately sentenced to death."

5.    What is not clear to Chandler, nor is the record clear, is (a) How and why was the State Prosecutor who was handling the State charges appointed Special Assistant United States Attorney? (b) Who appointed State Prosecutor Joe Hubbard? (c) Why was he appointed? (d) and under what Federal Rule was he appointed? and (e) where in the record does any of this exist? These are questions that Chandler seeks clarification of in this petition.

6.   On January 10, 1991, retained Attorney Drew Redden filed his Notice of Appearance for Defendant David Ronald Chandler, [Doc. 116].

7.   Nowhere in the record that Chandler has, does he ever see the Notice of Appearance by Mr. Joe Hubbard.

8.   **Stipulation of Law**: Chandler asks this Court to Stipulate the law regarding a conflict of interest; where a State Prosecutor indicts a defendant for murder in State jurisdiction and then prosecutes him for the same murder in Federal jurisdiction. Is this not a true conflict of interest?

**Wherefore**, David Ronald Chandler **prays** that this Court will grant his Motion for Clarification and Stipulation of Law.

**So prayed.**

This document is signed, dated and sworn to pursuant to 28 U.S.C. § 1746 under the penalty of perjury on this 9th day of November, 2015.

Respectfully submitted,

David Ronald Chandler

David Ronald Chandler
17867-001
FCI Talladega
PMB 1000
Talladega, AL 35160

3.

## CERTIFICATE OF SERVICE

I, the undersigned David Ronald Chandler hereby certify that on November _____, 2015, a true and correct copy of the foregoing document was forwarded to the following address with proper postage affixed thereon in the prison legal mail system.

To: Joyce White Vance
    1801 4th Avenue North
    Birmingham, AL 35203-2101

## VERIFICATION

I, David Ronald Chandler, affirm under penalty of perjury, that the foregoing is true and correct.

11·10·15

Date

David Ronald Chandler

David Ronald Chandler
#17867-001
FCI Talladega
PMB 1000
Talladega, AL 35160

4.