FILED
2015 Nov-17  AM 10:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT A

GRAND JURY DOCKET No. 194

**INDICTMENT**
(General)

CIRCUIT COURT No. CC-90-1042
ID - Yr. - Number

STATE OF ALABAMA }
CALHOUN COUNTY }

IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

OCTOBER                                , SESSION, 19 90
(Month)

The Grand Jury of Calhoun County charge that, before the finding of this indictment . . . .

David Ronald Chandler

whose true name is to the Grand jury otherwise unknown, did agree with Charles Ray Jarrell, Sr. and Billy Jo Jarrell to commit the crime of Murder (§13A-6-2 of the Code of Alabama) against the person of Marlin Earl Shuler with the intent that conduct constituting said offense be performed and that Charles Ray Jarrell, Sr. did shoot Marlin Earl Shuler with a pistol in furtherance of said crime, in violation of §13A-4-3 of the Code of Alabama,

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA

Signed _____
District Attorney, Seventh Judicial Circuit of Alabama

A TRUE BILL

Signed _____
FORELADY-FOREMAN

NO -or- _____

INDICTMENT FILED:
date  Oct. 5    19 90

Indictment received in Open Court by Judge from Foreman (Forelady) in presence of at least 11 other Grand Jurors.

Bond Set at $ 500,000

Signed _____
JUDGE

_____, Prosecutor

Signed _____  Clerk of Circuit Court
-or-
Signed _____  Deputy Clerk - Ass't