FILED
2015 Nov-17 AM 10:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT B

CC 90-1042

ALABAMA JUDICIAL INFORMATION CENTER

CASE ACTION SUMMARY
CIRCUIT CRIMINAL                          CASE: CC 90 001042 00

IN THE CIRCUIT COURT OF CALHOUN COUNTY                        JUDGE: RJL

STATE OF ALABAMA                    VS          CHANDLER DAVID RONALD
CASE: CC 90 001042 00                           PIEDMONT

CHARGE: CNSP COMM MUR   TYPE: F          DATE WAR/CAP ISSUED:  _/_/_
LITERAL: CONSPIRACY/COMMIT MURDER 13A-43  DATE ARRESTED:       _/_/_
DEFENDANT STATUS: FUGITIVE                DATE HEARING:        _/_/_
DEFENSE ATTORNEY:                         DATE RELEASED:       _/_/_
PROSECUTOR:        FIELD, ROBERT MARSHALL DATE ARRAIGNED:      10/17/90
OFFICER:                      COUNSEL?    DATE TRIAL: _____ TIME:
DATE OF BIRTH:                            BOND/TYPE SURETIES:
RACE:  W              SEX.  M             BOND AMOUNT:  $500000 .00
ALIAS NAME:          _____            DATE INDICTED:  10/5/90
AGENCY:                                   DATE FILED:     10/05/90
DC CASE NUMBER    DC 00 000000 00         WORTHLESS CHECK NO: _____
GRAND JURY NUMBER:  194                   COURT REPORTER:     _____
ADDITIONAL INFORMATION AND REMARKS        SID NO:

*Nolle Prossed*

ACTIONS, JUDGMENTS, CASE NOTES

No Bindover. 10/6/90 GJ Copies Issd.

10/17/90 OPNG I hire atty.

Set 11/5/90

1-30-91  This case is Hereby Ordered Removed to the Administrative Docket.
RJL   CC/DA

4/19/91    UPON MOTION OF THE HONORABLE JOE HUBBARD, THIS CASE IS HEREBY
NOLLE PROSSED.
CC/DA/prcol