FILED

2015 Dec–11  PM 04:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

STAYED,CLOSED,APPEAL,DEATH

# U.S. District Court
## Northern District of Alabama (Eastern)
## CRIMINAL DOCKET FOR CASE #: 1:90–cr–00266–VEH–TMP–1
### *Internal Use Only*

Case title: United States of America v. Chandler et al

Date Filed: 12/13/1990
Date Terminated: 05/14/1991

Assigned to: Judge Virginia Emerson Hopkins
Referred to: US Magistrate Judge T Michael Putnam

Appeals court case number: 97–6365

**Defendant (1)**

| | |
|---|---|
| **David Ronald Chandler**<br>*TERMINATED: 05/14/1991*<br>*also known as*<br>Ronnie Chandler | represented by  **David Ronald Chandler**<br># 17867–001<br>F.C.I. Talladega<br>PMB Box 1000<br>Talladega, AL 35160<br>PRO SE<br><br>**John R Martin**<br>MARTIN BROTHERS, PC<br>The Grant Building, Suite 500<br>44 Broad Street NW<br>Atlanta, GA 30303<br>404–522–0400<br>Fax: 404–223–6467<br>Email: jack@martinbroslaw.com<br>*TERMINATED: 12/14/1994*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment*<br><br>**L Drew Redden**<br>REDDEN MILLS &CLARK<br>505 20th Street, North, Suite 940<br>Birmingham, AL 35203<br>205–322–0457<br>Email: Melissa@rmclaw.com<br>*TERMINATED: 05/31/1993*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Natasha Zalkin**<br>3914 Dolphin Drive<br>Panama City, FL 32408 |

1–904–230–0629
*TERMINATED: 06/23/1994*
*ATTORNEY TO BE NOTICED*
*Designation: Pro Bono*

**Paul M Dodyk**
CRAVATH SWAINE &MOORE
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019–7415
1–212–474–1000
Fax: 1–212–474–3700 fax
*TERMINATED: 12/14/1994*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

**Plaintiff**

**United States of America**                    represented by    **Alice H Martin, US Attorney**
*TERMINATED: 05/01/1993*                                        US ATTORNEY'S OFFICE
                                                               1801 4th Avenue North
                                                               Birmingham, AL 35203–2101
                                                               244–2001
                                                               Email: usaaln.ecfusa@usdoj.gov
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Designation: Retained*

                                                               **US Marshal**
                                                               UNITED STATES MARSHAL'S OFFICE
                                                               Hugo Black Federal Courthouse, Room

240
1729 5th Avenue North
Birmingham, AL 35203
205−731−1712
Email: usms−aln−courts@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation**
UNITED STATES PROBATION OFFICE
Robert Vance Bldg.
1800 5th Avenue North
Birmingham, AL 35203
716−2900
Email: alnpdb_cmecf@alnp.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Bill L Barnett**
BILL L BARNETT, ATTORNEY AT
LAW
P O Box 71
Oneonta, AL 35121
205−901−7400
Fax: 205−589−6503
Email: srlitone@yahoo.com
*TERMINATED: 05/30/1995*
*ATTORNEY TO BE NOTICED*

**Harwell G Davis , III**
US DISTRICT COURT NORTHERN
DISTRICT OF ALABAMA
101 Holmes Avenue NE
Huntsville, AL 35806
1−256−534−6495
*TERMINATED: 04/03/1998*
*ATTORNEY TO BE NOTICED*

**Herbert H Henry , III**
602 Dexter Avenue
Birmingham, AL 35213
205−276−8876
Email: hhenrylaw@aol.com
*TERMINATED: 05/30/1995*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
| --- | --- | --- | --- |
| 12/13/1990 | 2 | | MOTION by plaintiff USA for order to seal indictment filed (KAM) (Entered: 10/31/1994) |

| 12/13/1990 | 3 | | ORDER granting motion for order to seal indictment [2–1] filed ( by Magistrate Robert R. Armstrong Jr ) cm (KAM) (Entered: 10/31/1994) |
| 12/17/1990 | 4 | | MOTION by plaintiff USA for order to unseal indictment filed (KAM) (Entered: 10/31/1994) |
| 12/17/1990 | 5 | | ORDER granting motion for order to unseal indictment [4–1] filed ( by Magistrate Robert R. Armstrong Jr ) cm (KAM) (Entered: 10/31/1994) |
| 12/18/1990 | 6 | | ORDER on dft Steed of temporary detention pending hearing on 12/20/90 filed ( by Magistrate Robert R. Armstrong Jr ) cm (KAM) (Entered: 10/31/1994) |
| 12/18/1990 | 7 | | ORDER on dft E. Chandler of temporary detention pending hearing on 12/20/90 filed ( by Magistrate Robert R. Armstrong Jr ) cm (KAM) (Entered: 10/31/1994) |
| 12/18/1990 | 8 | | ORDER on dft Hackney of temporary detention pending hearing on 12/19/90 filed ( by Magistrate Robert R. Armstrong Jr ) cm (KAM) (Entered: 10/31/1994) |
| 12/18/1990 | 9 | | MOTION by plaintiff USA for inquiry regarding source of property as to dfts Steed, E. Chandler, and Hackney filed (KAM) (Entered: 10/31/1994) |
| 12/18/1990 | 10 | | ORDER appointing Kenneth Sexton – cja attorney for dft Hackney filed ( by Magistrate Robert R. Armstrong Jr ) cm (KAM) (Entered: 10/31/1994) |
| 12/19/1990 | 11 | | ORDER appointing Michael Carroll – cja attorney for dft Jarrell (Jr) filed ( by Magistrate Robert R. Armstrong Jr ) cm (KAM) (Entered: 10/31/1994) |
| 12/19/1990 | 12 | | ORDER appointing Harold Bowron – cja attorney for dft Barnwell filed ( by Magistrate Robert R. Armstrong Jr ) cm (KAM) (Entered: 10/31/1994) |
| 12/19/1990 | 13 | | ORDER appointing Frederick Garfield – cja attorney for dft Motes filed ( by Magistrate Robert R. Armstrong Jr ) cm (KAM) (Entered: 10/31/1994) |
| 12/19/1990 | 14 | | ORDER appointing Patricia Dickenson – cja attorney for dft Skinner – Bond $500 unsecured with acknowledgement signed filed ( by Magistrate Robert R. Armstrong Jr ) cm (KAM) (Entered: 10/31/1994) |
| 12/19/1990 | 15 | | ORDER (Detention Hearing) appointing Casandra Golden – cja attorney for dft E. Chandler; dft ordered released filed ( by Magistrate Robert R. Armstrong Jr ) cm (KAM) (Entered: 10/31/1994) |
| 12/20/1990 | 16 | | ORDER appointing John A. Lentine – cja attorney for dft D. Chandler filed ( by Magistrate Robert R. Armstrong Jr ) cm (KAM) Modified on 10/31/1994 (Entered: 10/31/1994) |
| 12/20/1990 | 21 | | ORDER of detention as to dft Steed filed ( by Magistrate Robert R. Armstrong Jr ) cm (KAM) (Entered: 11/01/1994) |
| 12/20/1990 | 22 | | ORDER of detention as to dft Hackney filed ( by Magistrate Robert R. Armstrong Jr ) cm (KAM) (Entered: 11/01/1994) |
| 12/24/1990 | 29 | | NOTICE of appearance of John A. Lentine – cja attorney for defendant David Ronald Chandler (KAM) (Entered: 11/01/1994) |
| 12/24/1990 | 30 | | |

| | | | |
|---|---|---|---|
| | | | REQUEST by defendant David Ronald Chandler for disclosure filed (KAM) (Entered: 11/01/1994) |
| 12/24/1990 | 33 | | MAGISTRATE'S PROCEEDINGS had in ND of GA filed (KAM) (Entered: 11/01/1994) |
| 12/24/1990 | 34 | | MAGISTRATE'S PROCEEDINGS had in ND of GA filed (KAM) (Entered: 11/01/1994) |
| 12/31/1990 | 72 | | ORDER of detention as to dft Fields filed ( by Magistrate Robert R. Armstrong Jr ) cm (KAM) (Entered: 10/31/1994) |
| 01/02/1991 | 74 | | MOTION by defendant David Ronald Chandler for order to seal court file copies of parties responses to discovery motions and evidentiary material bearing on trial issued and to prevent access of same to news media filed (KAM) Modified on 10/31/1994 (Entered: 10/31/1994) |
| 01/02/1991 | 73 | | MOTION (EX PARTE APPLICATION) by defendant David Ronald Chandler for order appointing an investigator at gov't expense filed (KAM) (Entered: 10/31/1994) |
| 01/02/1991 | 75 | | MOTION by defendant David Ronald Chandler for order to inspect Grand Jury minutes and request for extention of time to file supplemental motion to dismiss filed (KAM) (Entered: 10/31/1994) |
| 01/02/1991 | 76 | | MOTION by defendant David Ronald Chandler to extend time to file pretrial motions filed (KAM) (Entered: 10/31/1994) |
| 01/02/1991 | 77 | | MOTION by defendant David Ronald Chandler to compel gov'ts witness list filed (KAM) (Entered: 10/31/1994) |
| 01/02/1991 | 78 | | MOTION by defendant David Ronald Chandler to exclude hearsay acts and declarations of known and unknown co–conspirators filed (KAM) (Entered: 10/31/1994) |
| 01/02/1991 | 79 | | MOTION by defendant David Ronald Chandler for order to seal and make part of the record a complete copy of the transcripts and minutes of the Grand Jury proceedings filed (KAM) (Entered: 10/31/1994) |
| 01/02/1991 | 80 | | MOTION by defendant David Ronald Chandler for order to require gov't to retain and preserve all investigatory materials filed (KAM) (Entered: 10/31/1994) |
| 01/02/1991 | 81 | | MOTION (Inquiry and Demand) by defendant David Ronald Chandler for notice of intent to introduce similar acts filed (KAM) (Entered: 10/31/1994) |
| 01/02/1991 | 82 | | MOTION by defendant David Ronald Chandler for order to permit counsel to orally examine prospective jurors filed (KAM) (Entered: 10/31/1994) |
| 01/02/1991 | 83 | | MOTION by defendant David Ronald Chandler for disclosure of impeaching information filed (KAM) (Entered: 10/31/1994) |
| 01/02/1991 | 84 | | MOTION by defendant David Ronald Chandler to compel disclosure of existence and substance of promises of immunity, leniency or preferential treatment filed (KAM) (Entered: 10/31/1994) |
| 01/02/1991 | 85 | | MOTION by defendant David Ronald Chandler for early discovery of all |

| | | | |
|---|---|---|---|
| | | | Jencks Act material filed (KAM) (Entered: 10/31/1994) |
| 01/02/1991 | 86 | | MOTION by defendant David Ronald Chandler to sever parties and offenses filed cs (KAM) (Entered: 10/31/1994) |
| 01/02/1991 | 87 | | MOTION by defendant David Ronald Chandler for order for seqestration of the jury filed cs (KAM) (Entered: 10/31/1994) |
| 01/02/1991 | 88 | | MOTION by defendant David Ronald Chandler for order for disclosure of acts and statements of co–conspirators filed cs (KAM) (Entered: 10/31/1994) |
| 01/02/1991 | 89 | | MOTION by defendant David Ronald Chandler for additional premptory challenges filed cs (KAM) (Entered: 10/31/1994) |
| 01/02/1991 | 90 | | MOTION by defendant David Ronald Chandler to continue filed cs (KAM) (Entered: 10/31/1994) |
| 01/02/1991 | 91 | | MOTION by defendant David Ronald Chandler for order for notice by the prosecution of the intention to use evidence arguably subject to suppression filed cs (KAM) (Entered: 10/31/1994) |
| 01/02/1991 | 92 | | MOTION by defendant David Ronald Chandler to dismiss filed cs (KAM) (Entered: 10/31/1994) |
| 01/02/1991 | 93 | | MOTION by defendant David Ronald Chandler for bill of particulars filed cs (KAM) (Entered: 10/31/1994) |
| 01/02/1991 | 94 | | WAIVER of speedy trial by defendant David Ronald Chandler filed cs (KAM) (Entered: 10/31/1994) |
| 01/10/1991 | 116 | | NOTICE of appearance of L. Drew Redden – retained attorney for defendant David Ronald Chandler cs (KAM) (Entered: 10/31/1994) |
| 01/10/1991 | 118 | | ORDER granting motion for reconsideration of bail [117–1]; dft rel on $30,000 surety bond filed ( by Magistrate Robert R. Armstrong Jr ) cm (KAM) (Entered: 10/31/1994) |
| 01/15/1991 | | | 36 – ORDER granting motion for order for disclosure of Jencks Act material [36–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/15/1991 | | | 38 – ORDER finding the motion for disclosure of impeaching evidence [38–1] moot ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/15/1991 | | | 39 – ORDER granting motion to compel disclosure of existence and substance of promises of immunity, leniency or preferential traeatment [39–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/15/1991 | | | 41 – ORDER finding the motion for discovery [41–1] moot ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/15/1991 | | | 42 – ORDER finding the motion for bill of particulars [42–1] moot ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |

| 01/15/1991 | | | 43 – ORDER finding the motion for notice by gov't of intention to use evidence arguably subject to suppression [43–1] moot ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| --- | --- | --- | --- |
| 01/15/1991 | | | 44 – ORDER terminating motion to compel production of statements of persons who will not be called as witnesses at trial [44–1]; govt must comply with Brady( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/15/1991 | | | 45 – ORDER finding the motion for access to prospective gov't witnesses [45–1] moot ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/15/1991 | | | 46 – ORDER granting motion for order to reveal the deal [46–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/15/1991 | | | 47 – ORDER finding the motion for notice by gov't of intention to rely upon other crimes evid [47–1] moot ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/15/1991 | | | 64 – ORDER granting motion to compel disclosure of existence and substance of promises of immunity, leniency or preferential treatment [64–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/15/1991 | | | 65 – ORDER finding the motion for order to disclose, admit or deny identity of informant or in the alternative to have witness available for subpoena [65–1] moot ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/15/1991 | | | 66 – ORDER granting motion to compel production of Grand Jury Minutes [66–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/15/1991 | | | 67 – ORDER granting motion to compel disclosure of exculpatory evidence [67–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/15/1991 | | | 68 – ORDER granting motion for transcription of grand jury minutes [68–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/15/1991 | | | 69 – ORDER granting motion for order directing agents to retain rough notes [69–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/15/1991 | | | 70 – ORDER finding the motion to dismiss or in the alternative for a bill of particulars [70–1] moot, finding the request [70–1] moot ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/15/1991 | | | 96 – ORDER granting motion to compel disclosure of existence and substance of promises of immunity, lenience, or preferential treatment [96–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |

| 01/15/1991 | | | 98 – ORDER terminating motion to dismiss [98–1]; the indictment which subj of this motion has been superseded. if dft wants to insist on any part of motion, court should be notified within 7 days ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
|---|---|---|---|
| 01/15/1991 | | | 99 – ORDER denying motion for reconsideration of order denying bond [99–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/15/1991 | | | 120 – ORDER granting request [120–1] to the extent the govt is obligated to divulge under R.16, Jencks &Brady ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/15/1991 | | | 121 – ORDER granting motion for attorney Joseph N. Anderson to appear pro hac vice [121–1] ( by Judge James H. Hancock ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/15/1991 | 128 | | MOTION by plaintiff USA for detention hearing as to dft Watson filed cs (KAM) (Entered: 11/01/1994) |
| 01/16/1991 | | | 124 – ORDER granting motion for order for pre–trial determination of admissibility of co–conspirators statements pursuant to R. 801(d)(2)(3) Fed R. of Evid [124–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/16/1991 | | | 125 – ORDER granting motion for order for disclosure of all statements which to gov't will seek to attribute to dft [125–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/16/1991 | | | 126 – ORDER granting motion for order for disclosure of any R. 404(b) evidene gov't intends to introduce at trial [126–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/16/1991 | | | 128 – ORDER granting motion for detention hearing as to dft Watson [128–1]; dft to remain in custody pending detention hearing 1/18/91 ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/16/1991 | 129 | | JOINDER (adoption) by defendant David Ronald Chandler of all pleadings filed by co–defendants filed cs (KAM) (Entered: 11/01/1994) |
| 01/16/1991 | 130 | | MOTION by defendant David Ronald Chandler to strike from Count One from paragraphs 27, 28 and 31 filed cs (KAM) (Entered: 11/01/1994) |
| 01/16/1991 | 131 | | MOTION by defendant David Ronald Chandler to dismiss filed cs (KAM) (Entered: 11/01/1994) |
| 01/16/1991 | 132 | | AMENDED MOTION by defendant David Ronald Chandler for bill of particulars filed cs (KAM) (Entered: 11/01/1994) |
| 01/17/1991 | 133 | | Plea agreement of dft Watson filed (KAM) (Entered: 11/01/1994) |
| 01/17/1991 | | | ORDER (oral) that the indictment returned 1/9/91 is amended to read "Paul T. Watson, Jr." wherever the name Paul Watson now appears filed ( by Judge James H. Hancock ) cm (KAM) (Entered: 11/01/1994) |
| 01/17/1991 | 134 | | Plea agreement of dft Charles Jarrell, Sr. filed (KAM) (Entered: 11/01/1994) |

| 01/22/1991 | | | 73 – ORDER withdrawing motion for order appointing an investigator at gov't expense [73–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
|---|---|---|---|
| 01/22/1991 | | | 74 – ORDER denying motion for order to seal court file copies of parties responses to discovery motions and evidentiary material bearing on trial issued and to prevent access of same to news media [74–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 74 – ORDER granting motion for order to inspect Grand Jury minutes and request for extention of time to file supplemental motion to dismiss [75–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 76 – ORDER granting motion to extend time to file pretrial motions [76–1] if circumstances make it reasonable to file past the deadline ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 77 – ORDER denying motion to compel gov'ts witness list [77–1] until voir dire ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 79 – ORDER granting motion for order to seal and make part of the record a complete copy of the transcripts and minutes of the Grand Jury proceedings [79–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 80 – ORDER granting motion for order to require gov't to retain and preserve all investigatory materials [80–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 8 – ORDER granting motion for order to permit counsel to orally examine prospective jurors [82–1] by consent; if govt becomes aware of 404(b) material, govt shall promptly notify dft ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 83 – ORDER granting motion for disclosure of impeaching information [83–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 84 – ORDER granting motion to compel disclosure of existence and substance of promises of immunity, leniency or preferential treatment [84–1]; to be provided as to witnesses at the appropriate time as to trial; as to co–defts immediately ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 85 – ORDER denying motion for early discovery of all Jencks Act material [85–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 88 – ORDER denying motion for order for disclosure of acts and statements of co–conspirators [88–1]; except as required by Brady, R.16 and Jencks ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | |

| | | | |
|---|---|---|---|
| | | | 90 – ORDER withdrawing motion to continue [90–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 92 – ORDER denying motion to dismiss [92–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 93 – ORDER withdrawing in part motion for bill of particulars [93–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 104 – ORDER granting motion for order to disclose, admit or deny indtity of informant, or, in the alternative to have witness available for subpoena [104–1]; if such a person, govt will identify first day of trial ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 105 – ORDER granting motion for order for disclosure of govt's intent to use R. 404(b) evidence [105–1]; motion satisfied informally ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 106 – ORDER granting motion to compel production and disclosure [106–1]; proceeding satisfactorily ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 107 – ORDER granting motion for order for govt agents to retain rough notes, reports, memoranda and tapes [107–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 110 – ORDER terminating motion for order to adopt motions of co–defts [110–1]; only such motion is motion for additional peremptory ( by Magistrate Robert R. Armstrong Jr entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 111 – ORDER withdrawing motion for leave to file pretrial motions out of time [111–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 112 – ORDER withdrawing motion to extend time to file pretrial motions [112–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 113 – ORDER denying motion for early disclosure of Jencks material [113–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 114 – ORDER withdrawing motion to continue [114–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 119 – ORDER terminating motion for order for return of property [119–1]; a seperate action filed as to this matter (CV 90–PT–2712) ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 122 – ORDER denying motion for order to suppress evidence illegally obtained [122–1]; motion not specific to case; dft has until 1/22/91 to file another motion ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | |

| | | | |
|---|---|---|---|
| | | | 131 – ORDER denying motion to dismiss [131–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 132 – ORDER denying in part and granting in part motion for bill of particulars [132–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 136 – ORDER terminating motion for order for return of property [136–1]; seperate action filed as to this CV 90–PT–2712 ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 138 – ORDER granting motion for bill of particulars [138–1]; motion satisfied informally ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | 142 | | MOTION by plaintiff USA for order in nature of billof particulars as to Ct 7 as to dft D R Chandler filed cs (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | | | 142 – ORDER granting motion for order in nature of billof particulars as to Ct 7 as to dft D R Chandler [142–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/22/1991 | 143 | | MOTION by plaintiff USA for order to delete surplusage from indictment filed cs (KAM) (Entered: 11/01/1994) |
| 01/23/1991 | | | 129 – ORDER re: adoption of motions by dft D R Chandler – when asked at pre–trial for any such motions and then and there the time to present them, dft shaid he had none ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/23/1991 | 144 | | RESPONSE by plaintiff USA to dft's motion to suppress filed cs (KAM) (Entered: 11/01/1994) |
| 01/23/1991 | 145 | | MOTION by plaintiff USA for stipulation to business records and toxicology reports as to dft D. R. Chandler filed cs (KAM) (Entered: 11/01/1994) |
| 01/23/1991 | 146 | | ORDER denying motion to by various dfts to sever [109–1], [86–1]; [109–1], denying [65–1], denying [ 63–1], denying [62–1] denying [59–1], denying [50–1]; granting [95–1]; no dfts entitled to severance under "spill over" prejudict/juror confusion ground, mutually antagonistic defenses ground, or inability to call co–dfts as witnesses ground; re Bruton consideration, dft Barnwell shall be tried seperately filed ( by Magistrate R. Armstrong Jr ) cm (KAM) (Entered: 11/01/1994) |
| 01/24/1991 | | | 130 – ORDER terminating motion to strike from Count One from paragraphs 27, 28 and 31 [130–1]; the Government shall not inform the jury of the disappearance language that is contained within the paragrapbh cited, it is understood however that this shall not preclude the Government from offering evidence as to this ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/24/1991 | | | 135 – ORDER granting motion for order to suppress [135–1]; the govt shall not disclose to the jury any of the overt acts statements objected to by Eddie Chandler; it is understood however, that this shall not preclude the govt from offering evidence as to this ( by Magistrate Robert R. Armstrong Jr ) entered |

| | | | |
|---|---|---|---|
| | | | cm (KAM) (Entered: 11/01/1994) |
| 01/24/1991 | 147 | | ORDER trial will commence at 9:00 a.m. on 2/12/91 rathert than 2/11/91 filed ( by Judge James H. Hancock ) cm (KAM) (Entered: 11/01/1994) |
| 01/24/1991 | 148 | | ORDER granting motion for order to delete surplusage from indictment [143−1]; language "affecting interstate and foreign commerce" in counts six, seven, eight and nine is deleted from indictment and the language "did knowingly and willfully conduct and attempt to conduct a"; immediately following "a/k/a Ronnie Chandler" in count nine is hereby deleted from the indictment filed ( by Magistrate Robert R. Armstrong Jr ) cm (KAM) (Entered: 11/01/1994) |
| 01/24/1991 | 149 | | ORDER terminating motion for bill of particulars [132−1]; unless govt by 1/29/91 presents further reasons or argument for court to consider why names should not be disclosed, the govt is ordered to disclose such names of alleged unindicted co−conspirators immediately thereafter filed ( by Magistrate Robert R. Armstrong Jr ) cm (KAM) (Entered: 11/01/1994) |
| 01/24/1991 | 150 | | ORDER setting hearing on 1/30/91 on motion for stip to business records and toxicology reports filed ( by Magistrate Robert R. Armstrong Jr ) cm (KAM) (Entered: 11/01/1994) |
| 01/24/1991 | 152 | | MOTION by defendant David Ronald Chandler for order to suppress certain tapes and transcriptions filed cs (KAM) (Entered: 11/01/1994) |
| 01/24/1991 | 153 | | MOTION by defendant David Ronald Chandler for order to suppress certain photographs filed cs (KAM) (Entered: 11/01/1994) |
| 01/24/1991 | 154 | | ORDER that the trial set for 2/12/91 will include charges against dfts: D R Chandler, Steed, Moncrief, Hackney, Motes, E Chandler and Morris Jr. Trial against Barnwell as determined by RRA on 1/23/91, severed, trial charges against Treacy is severed because he is a fugitive; trial charges against Jarrell, Jr, Fields, Watson, Thompson, Emigh and Skinner are also severed because of related criminal proceedings against them; trial against Jarrell, Sr. also severed because of guilty plea filed ( by Judge James H. Hancock ) cm (KAM) (Entered: 11/01/1994) |
| 01/28/1991 | | | 123 − ORDER finding the motion for discovery and inspection and supporting authority [123−1] moot; per telephone con w/dft atty ther are not discovery problems ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/28/1991 | | | 151 − ORDER granting in part and denying in part motion for adoption of pleadings [151−1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/28/1991 | | | 155 − ORDER granting motion to compel disclosure or existence and substance of promises of immunity, leniency or preferential treatment [155−1]; information should be given to dft during trial week before jury selection ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/28/1991 | | | 157 − ORDER granting motion for early discovery of all Jencks Act material [157−1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |

| 01/28/1991 | | | 158 – ORDER granting motion for order directing govt agents to retain rough notes [158–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
|---|---|---|---|
| 01/28/1991 | | | 161 – ORDER granting motion for order for notice of govt's intention to introduce uncharged misconduct prusuant to Fed R of Evid R.404(B) [161–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/28/1991 | | | 163 – ORDER granting motion to extend time to file motions [163–1]; only to the extent dft could not have reasonable bee expected to have filed by this time any possible motions ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 01/28/1991 | 165 | | NOTICE filed by plaintiff USA of intent to use evidence pursuant to R.404(b) Fed R. Evid as to dfts D R Chandler, Motes, et al (KAM) (Entered: 11/01/1994) |
| 01/28/1991 | 166 | | NOTICE (supplemental) filed by plaintiff USA of intent to use evidence pursuant to R. 404(b) Fed R. of Evid (KAM) (Entered: 11/01/1994) |
| 01/28/1991 | 167 | | OBJECTIONS by defendant David Ronald Chandler to [148–1] filed cs (KAM) (Entered: 11/01/1994) |
| 01/28/1991 | 168 | | Government list of unindicted co–conspirators filed cs (KAM) (Entered: 11/01/1994) |
| 01/29/1991 | 169 | | NOTICE filed by plaintiff USA that govt will seek the death penalty cs (KAM) (Entered: 11/01/1994) |
| 01/30/1991 | 170 | | ORDER that the USA has filed notice under 21:848(h)(1) that govt will seek the sentence of death for David Ronald Chandler w/regard to charges against him in Ct 3 of the indictment; counsel for US to furnish by hand to counsel of record for D R Chandler by 2/6/91 a list of witnesses to produced at trial; counsel for dft is directed to obtain a list of the veniremen for the sched 2/12/91 trial, pre–trial conference sched 1/31/91 at 2:30 p.m. filed ( by Judge James H. Hancock ) cm (KAM) (Entered: 11/01/1994) |
| 01/31/1991 | 171 | | ADDENDUM NOTICE filed by plaintiff USA of unindicted co–conspirators cs (KAM) (Entered: 11/01/1994) |
| 01/31/1991 | 174 | | Final position of dft Eddie Chandler re: motion to suppress filed cs (KAM) (Entered: 11/01/1994) |
| 02/01/1991 | | | 173 – ORDER denying motion for additional peremptory challenges [173–1] ( by Judge James H. Hancock ) entered cm (KAM) (Entered: 11/01/1994) |
| 02/01/1991 | 176 | | ORDER that because of Bruton problems associated w/joint trial of Barnwell &Chandler, the trial of Barnwell was severed 1/23/91; in view of the 2/1/91 order severing the trial of Chandler from other dfts, there is no reason Barnwell should remain seperate from Steed, Hackney, Motes, E. Chandler and Morris; filed ( by Judge James H. Hancock ) cm (KAM) (Entered: 11/01/1994) |
| 02/01/1991 | 176 | | ORDER granting motion to sever [164–1]; the trial of all charges against D |

| | | | |
|---|---|---|---|
| | | | R Chandler are severed and set for trial 3/19/91; denying motion for order for seqestration of the jury [87–1]; counsel agreed to the stipulation of the hotel records; counsel for all parties other than Steed stipulated to the receipt of the toxicology reports as set out in this order filed ( by Judge James H. Hancock ) cm (KAM) Modified on 11/01/1994 (Entered: 11/01/1994) |
| 02/05/1991 | 177 | | Report and Recommendation that the motion to suppress be denied filed ( by Magistrate Elizabeth T. Campbell ) motion for order to suppress cm (KAM) Modified on 04/14/1995 (Entered: 11/01/1994) |
| 02/05/1991 | 178 | | NOTICE (Second Supplemental) filed by plaintiff USA advising of FREv 404(b) evidence by govt cs (KAM) Modified on 11/02/1994 (Entered: 11/01/1994) |
| 02/07/1991 | 180 | | MOTION by defendant David Ronald Chandler to strike , and to dismiss cts 2 and 3 of the superseding indictment filed cs (KAM) (Entered: 11/01/1994) |
| 02/07/1991 | 181 | | MOTION by defendant David Ronald Chandler to strike govt effort to seek death penalty filed cs (KAM) (Entered: 11/01/1994) |
| 02/08/1991 | 183 | | MOTION by defendant David Ronald Chandler for order to transfer from district for trial filed cs (KAM) (Entered: 11/01/1994) |
| 02/08/1991 | 184 | | MOTION by defendant David Ronald Chandler for order for sequestration of jury filed cs (KAM) (Entered: 11/01/1994) |
| 02/12/1991 | 190 | | ORDER adopting the report and recommendation of Magistrate Campbell – the 1/17/91 motion of Eddie Chandler to suppress all evid seized or obtained upon execution of search warrants is denied as set out in this order filed ( by Judge James H. Hancock ) cm (KAM) (Entered: 11/01/1994) |
| 02/14/1991 | 192 | | MOTION by defendant David Ronald Chandler to compel production of Jencks material filed cs (KAM) (Entered: 11/01/1994) |
| 02/15/1991 | 193 | | ORDER that the court will hear evidence and arguement on 2/27/91 on the motions of dft for sequestration of the jruy and for transfer of case from this district for trial; the court will also hear motions of dft to strike/dismiss cts 2 &3 from indictments and strike effort to seek death penalty filed ( by Judge James H. Hancock ) cm (KAM) (Entered: 11/01/1994) |
| 02/19/1991 | 194 | | ORDER denying motion to compel production of Jencks material [192–1] to the extent it seeks to obligate govt to make arrangements for and bear costs of transcribing the sought after testimony; if, however, govt has or hereafter acquires a copy of transcript govt should promptly provide dft with a copy filed ( by Judge James H. Hancock ) cm (KAM) (Entered: 11/01/1994) |
| 02/19/1991 | 195 | | Amendment to the MOTION by defendant David Ronald Chandler to strike or dismiss counts 2 and 3 of the superseding indictment filed cs (KAM) (Entered: 11/01/1994) |
| 02/19/1991 | 196 | | Amendment to MOTION by defendant David Ronald Chandler to strike govt effored to seek death penalty filed cs (KAM) (Entered: 11/01/1994) |
| 02/26/1991 | 200 | | RESPONSE by plaintiff USA motion to strike or dismiss counts 2 and 3 of the superseding indictment [195–1] filed cs (KAM) (Entered: 11/01/1994) |
| 02/27/1991 | | | |

| | | | |
|---|---|---|---|
| | | | 198 – ORDER granting motion for order to set bond [198–1] ( by Magistrate Robert R. Armstrong Jr ) entered cm (KAM) (Entered: 11/01/1994) |
| 02/27/1991 | | | 199 – ORDER denying motion for new trial [199–1] ( by Judge James H. Hancock ) entered cm (KAM) (Entered: 11/01/1994) |
| 03/04/1991 | 201 | | ORDER denying motion to strike govt effored to seek death penalty [196–1], denying motion to strike or dismiss counts 2 and 3 of the superseding indictment [195–1] denying motion for order for sequestration of jury [184–1], denying motion for order to transfer from district for trial [183–1] denying motion to strike govt effort to seek death penalty [181–1], denying motion to strike [180–1], denying motion to dismiss cts 2 and 3 of the superseding indictment [180–2] filed ( by Judge James H. Hancock ) cm (KAM) (Entered: 11/01/1994) |
| 03/05/1991 | 202 | | ORDER that the US has presented to the court for in camera review the grand jury testimony of Irene Chandler to determine whether the court disagrees w/decision of govt that testimony contains no Brady material – the court concurs; also presented to the court is the grand jury testimony of John T. Chandler – counsel has provided a redacted copy of such testimony, the court is satisfied that the govt has fairly selected all Brady materials and upon delivery of copy will have satisfied its Brady obligation filed ( by Judge James H. Hancock ) cm (KAM) (Entered: 11/01/1994) |
| 03/05/1991 | 203 | | NOTICE of compliance with court's order to provide witness list filed by plaintiff USA cs (KAM) (Entered: 11/01/1994) |
| 03/06/1991 | 204 | | MOTION by defendant David Ronald Chandler for order of recusal of trial judge filed cs (KAM) (Entered: 11/01/1994) |
| 03/07/1991 | 206 | | RESPONSE by plaintiff USA motion for order of recusal of trial judge [204–1] filed cs (KAM) (Entered: 11/01/1994) |
| 03/07/1991 | 207 | | ORDER denying motion for order of recusal of trial judge [204–1] as set out in this order filed ( by Judge James H. Hancock ) cm (KAM) (Entered: 11/01/1994) |
| 03/08/1991 | 208 | | NOTICE of name of unindicted co–conspirator filed by plaintiff USA cs (KAM) (Entered: 11/01/1994) |
| 03/11/1991 | 209 | | ORDER that 2/1/91 order the parties were advised that as of 3/12/91 a list of veniremen for the scheduled 3/19/91 trial would be available; list is now available filed ( by Judge James H. Hancock ) cm (KAM) (Entered: 11/01/1994) |
| 03/11/1991 | 210 | | REQUEST by defendant David Ronald Chandler for reciprocal discovery pursuant to 16(b) filed cs (KAM) (Entered: 11/01/1994) |
| 03/12/1991 | 211 | | VOIR DIRE questions submitted by defendant David Ronald Chandler filed cs (KAM) (Entered: 11/01/1994) |
| 03/12/1991 | 212 | | Certification of delivery of jury venire to counsel for dft David Ronald Chandler (KAM) (Entered: 11/01/1994) |
| 03/14/1991 | 213 | | REQUESTED JURY instructions submitted by defendant David Ronald Chandler filed cs (KAM) (Entered: 11/01/1994) |

| 03/15/1991 | 214 | | AMENDED WITNESS list by defendant David Ronald Chandler filed cs (KAM) (Entered: 11/01/1994) |
| 03/18/1991 | 215 | | ADDITIONAL VOIR DIRE questions submitted by defendant David Ronald Chandler filed cs (KAM) (Entered: 11/01/1994) |
| 03/18/1991 | 216 | | CERTIFICATION of random selection of juror names filed by defendant David Ronald Chandler cs (KAM) (Entered: 11/01/1994) |
| 04/01/1991 | 217 | | REQUESTED JURY instructions submitted by defendant David Ronald Chandler filed (KAM) (Entered: 11/01/1994) |
| 04/02/1991 | 218 | | JURY questions filed (KAM) (Entered: 11/01/1994) |
| 04/02/1991 | 219 | | JURY VERDICT finding defendant David Ronald Chandler guilty of Counts 1 through 9 filed (KAM) (Entered: 11/01/1994) |
| 04/03/1991 | 220 | | REQUESTED JURY instructions submitted by defendant David Ronald Chandler filed (KAM) (Entered: 11/01/1994) |
| 04/03/1991 | 221 | | SPECIAL FINDINGS of the jury recommending that a sentence of death be imposed as to defendant David Ronald Chandler filed (KAM) (Entered: 11/01/1994) |
| 04/04/1991 | 222 | | ORDER scheduling sentencing of dfts Barnwell, Emigh, Jarrell, Sr., Motes, Steed, Thompson, and Watson on 4/25/91 filed ( by Judge James H. Hancock ) cm (KAM) (Entered: 11/01/1994) |
| 04/08/1991 | 224 | | MOTION for new trial by David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 09/23/1994) |
| 04/08/1991 | 225 | | MOTION for new trial on the penalty phase under Ct 3 of the indictment by David Ronald Chandler filed cs (Former Employee) (Entered: 09/23/1994) |
| 04/08/1991 | 226 | | MOTION to arrest &set aside &to stay entry of judgment &sentence on Ct 3 of the indictment by defendant David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 09/23/1994) |
| 04/09/1991 | 228 | | AFFIDAVIT of Suzanne Brotherton by defendant David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 09/23/1994) |
| 04/11/1991 | 231 | | ORDER ( by Judge James H. Hancock ) that the court has before it the 4/8/91 Motion to arrest or set aside &to stay entry of judgment &sentence on Ct 3 of indictment; the grounds upon which such motion is based are the same grounds urged in support of the motion for new trial on the penalty phase under Ct 3 filed also on 4/8/91; the motion for new trial on the penalty phase has one addt'l ground, paragraph 15; motion to arrest or set aside &to stay entry of judgment &sentence on Ct 3 is OVERRULED, without prejudice to the other two motions referred to; those two motions will be considered by the court following the imposition of sentence which is scheduled for 5/14/91–filed–cs (Former Employee) Modified on 09/23/1994 (Entered: 09/23/1994) |
| 04/11/1991 | | | Docket Modification (Utility) – See Order [231–1] denying motion to arrest &set aside &to stay entry of judgment &sentence on Ct 3 of the indictment by defendant David Ronald Chandler [226–1] (Former Employee) (Entered: 03/20/1997) |

| 04/22/1991 | 233 | | ORDER ( by Judge James H. Hancock ) that since court will not consider 4/8/91 motions for new trial &for rew trial on the penalty phase under Ct 3 until after sentence has been imposed, which sentencing is set for 5/14/91; those motions will be deemed submitted for decision,w/o oral argument, as of 5/21/91 &parties have until that dat to submit any briefs in support of or in opposition to motion– filed cm (Former Employee) (Entered: 09/26/1994) |
|---|---|---|---|
| 04/22/1991 | 234 | | CERTIFICATION by defendant David Ronald Chandler of jury clerk–filed (Former Employee) (Entered: 09/26/1994) |
| 04/29/1991 | 248 | | AFFIDAVIT of AUSA–Harwell Davis, III by defendant David Ronald Chandler filed cs–dl JHH (Former Employee) Modified on 09/26/1994 (Entered: 09/26/1994) |
| 05/06/1991 | | | ORDER ( by Judge James H. Hancock )that sentencing hrg set is RESCHEDULED to be held on WED 5/15/91 at 10:00 a.m. filed cm (Former Employee) (Entered: 09/26/1994) |
| 05/14/1991 | | | COURTROOM NOTES ( before Judge James H. Hancock ): SENTENCING hrg as to David Ronald Chandler: Based upon the Special Findings and Recommendations of the jury on 4/3/91, under Ct 3, the court hereby imposes upon the dft a sentence of DEATH; the dft wll be remanded to the custody of the BOP w/directions to cause such death sentence to be implemented; implementation of such sentence is hereby STAYED until such stay is lifted by an order of this court, or by the USCA or by the USSC; the filing of a notice of appeal shall also terminate such stay, but the stay provided for in FRCrP Rule 38(a) shall become effective; the court declines to impose a fine due to the dft's inability to pay; spec asmt fee of $50.00 – CrtRptr Margo Franklin (Former Employee) (Entered: 09/23/1994) |
| 05/14/1991 | | | COURTROOM NOTES ( before Judge James H. Hancock ): SENTENCING hrg (GUIDELINES): Ct 2 – CBP for balance of dft's life; said sent to run conc w/any custody served under or in connection w/the separate sent imposed under Ct 3; Ct 1 – CBP for balance of dft's life; said sent to run conc w/any custody served under or in connection w/the sentences imposed under Cts 2 &3; Cts 6,7,8,9 – CBP 6 yrs to run conc w/any custody served under or in connection w/the sentences imposed under Cts 1,2,3; Ct 4 – CBP 5 yrs to run CONSECUTIVELY to any custody served under o rin connection w/the sentences imposed under Cts 1,2,3,6,7,8,9; Ct 5 – CBP 5 yrs to run CONSECUTIVELY to any custody served under o rin connection w/the sentences imposed nder Cts 1,2,3,4,6,7,8,9; upon rel from th custodial portion of the sentences imposed under Cts 1,2,4,5,6,7,8,9, the dft shall be on SR for a term of 5 yrs; the court declines to impose a fine due to the dft's inablility to pay; spec asmt of $50.00 ea ct for ttl of $400.00; CrtRptr Margo Franklin (Former Employee) (Entered: 09/23/1994) |
| 05/14/1991 | 253 | | JUDGMENT and Commitment as to David Ronald Chandler as to Ct 3 ONLY ( by Judge James H. Hancock ) filed cm del USM (Former Employee) (Entered: 09/23/1994) |
| 05/14/1991 | 254 | | JUDGMENT and Commitment as to David Ronald Chandler as to Cts 1,2,4,5,6,7,8,9( by Judge James H. Hancock ) filed cm del USM (Former Employee) (Entered: 09/23/1994) |

| | | | |
|---|---|---|---|
| 05/14/1991 | | | SENTENCING RECOMMENDATIONS as to David Ronald Chandler filed under seal cm USPO (Former Employee) (Entered: 09/23/1994) |
| 05/14/1991 | | | PRESENTENCE Report on David Ronald Chandler filed under seal cm USPO (Former Employee) (Entered: 09/23/1994) |
| 05/21/1991 | 257 | | RESPONSE by plaintiff USA to Motion for new trial filed cs–dl JHH (Former Employee) (Entered: 09/26/1994) |
| 05/21/1991 | 257 | | MEMORANDUM (dft) in support of post trial motions–filed–dl JHH (Former Employee) (Entered: 09/26/1994) |
| 05/24/1991 | 258 | | NOTICE of appeal by defendant David Ronald Chandler from the verdicts of guilty under each of the Cts 1–9 of the indictment &the Judgment &Sentence entered thereon on 5/14/91; dft having received a sentence of death under 21:848 hereby appeals from said sentence of death pursuant to the provisions of 21:848(q)(1) &consolidates said appeal w/the appeal of the judgment of conviction; the sentence of death appealed from likewise was imposed on 5/14/91 –filed cm (Former Employee) (Entered: 09/26/1994) |
| 05/30/1991 | | | CERTIFIED copy of notice of appeal, docket entries &orders appealed from mailed to Clerk–USCA as to dft David Ronald Chandler; copy of transmittal ltr &notice to attys of record (Former Employee) (Entered: 09/26/1994) |
| 05/30/1991 | 259 | | ORDER ( by Judge James H. Hancock ) pursuant to 4/19/91 order, the 4/8/91 motions of David Ronald Chandler for a trial &for a new trial on the penalty under Ct 3 are now under submission; both motions are DENIED (as stated in detail in written order)filed cm (Former Employee) Modified on 09/26/1994 (Entered: 09/26/1994) |
| 05/30/1991 | | | Docket Modification (Utility) – See Order [259–1] denying motion for new trial by David Ronald Chandler [224–1], denying motion for new trial on the penalty phase under Ct 3 of the indictment by David Ronald Chandler [225–1] (Former Employee) (Entered: 03/20/1997) |
| 06/03/1991 | 260 | | NOTICE of appeal or in the alternative amendment to Notice of appeal that dft David Ronald Chandler appeals to USCA from the Order of district court entered 5/30/91, denying dft's Motion for a new trial filed 4/8/91 &dft's separate Motion for a new trial on penalty phase under Ct 3, also filed on 4/8/91; dft consolidates this appeal w/Notice of appeal filed 5/24/91 in this cause, in the alternative, in the event that the filing of a separate notice of appeal is not proper, dft amends this notice of appeal heretofore filed on 5/24/91 by adding thereto this notice that he hereby appeals from the order of USDC entered 5/30/91, DENYING dft's Motion for new trial filed herein on 4/8/91 &his separate Motion for a new trial on the penalty phase under Ct 3, also filed 4/8/91–filed–cs–cm (Former Employee) (Entered: 09/26/1994) |
| 06/10/1991 | | | CERTIFIED copy of AMENDED notice of appeal or in the alternative amendment to Notice of appeal, docket entries &orders appealed from as to dft David Ronald Chandler mialed to Clerk–USCA; copy of transmittal ltr &notice to attys of record (Former Employee) (Entered: 09/26/1994) |
| 06/18/1991 | | | TRANSCRIPT (JA) of sentencing dft Bobby J Steed on 4/25/91 before Hon James H Hancock CrtRptr Julie A Adkins filed (Former Employee) (Entered: 06/30/1995) |

| | | | |
|---|---|---|---|
| 07/11/1991 | 261 | | NOTICE of appeal from his sentence of death, entered 5/14/91, under 21:848; on 5/24/91, appellant filed a notice of appeal of his conviction &sentence pursuant to Rule 4(b); appellant to the provisions 21:848(q)(1) &28:2107, by defendant David Ronald Chandler filed cs–cm (Former Employee) (Entered: 09/26/1994) |
| 07/16/1991 | | | CERTIFIED copy of notice of appeal, docket entries &order appealed from as to dft David Ronald Chandler mailed to Clerk–USCA; copy of transmittal ltr &notice to attys of record (Former Employee) (Entered: 09/26/1994) |
| 08/05/1991 | | | TRANSCRIPT of hrg on motions 2/27/91 before Judge Hancock CrtRptr Margo Nelson filed (Former Employee) (Entered: 09/26/1994) |
| 08/05/1991 | | | TRANSCRIPT of record on appeal (trial) 3/19/91–4/3/91 before Judge Hancock CrtRptr Margo Nelson filed (Former Employee) (Entered: 09/26/1994) |
| 08/05/1991 | | | TRANSCRIPT of sentencing 5/14/91 before Judge Hancock CrtRptr Margo Nelson filed (Former Employee) (Entered: 09/26/1994) |
| 08/12/1991 | 262 | | NOTICE of Motion (dft/apellant) to permit record to be supplemented &staying certification of the completion of record by Clerk–USDC until such time as the ct rptr shall complete the transcript of the proceedings in this matter &for such further releif as the court deems just &proper by defendant David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 09/26/1994) |
| 08/12/1991 | 263 | | AFFIDAVIT of L. Drew Redden as to defendant David Ronald Chandler filed–dl JHH (Former Employee) (Entered: 09/26/1994) |
| 08/12/1991 | 264 | | ORDER ( by Judge James H. Hancock ) that the record shall be supplemented by the transcripts of any &all pre–trial conferences &further that certification of the record as complete to the USCA shall be STAYED until the filing of such supplemental transcripts –filed cm (Former Employee) (Entered: 09/26/1994) |
| 09/16/1991 | | | TRANSCRIPT of hrg 1/31/91 before Judge Hancock CrtRptr Julie Adkins filed (Former Employee) (Entered: 09/26/1994) |
| 10/08/1991 | | | APPEAL Certificate of Readiness Transmitted to USCA cm (Former Employee) (Entered: 09/26/1994) |
| 10/16/1991 | | | ORIGINAL court file mailed to Court of Appeals with certified copy of docket entries; will be RETURNED when motion is determined cm (Former Employee) (Entered: 09/26/1994) |
| 11/14/1991 | 270 | | STIPULATION (USA &dft, David Ronald Chandler)to correct record on appeal filed–dl JHH (Former Employee) (Entered: 09/26/1994) |
| 11/14/1991 | | | ORIGINAL PAPERS (l box) returned from USCA as to David Ronald Chandler (Former Employee) (Entered: 09/26/1994) |
| 11/15/1991 | | | 270 – ORDER ( by Judge James H. Hancock ) APPROVED stipulation [270–1] cm (Former Employee) (Entered: 09/26/1994) |
| 11/18/1991 | 271 | | CERTIFIED copy of Order–USCA, dated 11/13/91 that appellant's Motion for appointment of counsel is GRANTED–filed (Former Employee) |

| | | | |
|---|---|---|---|
| | | | (Entered: 09/26/1994) |
| 11/20/1991 | 271 | | NOTICE (USCA) of appointment of CJA atty, Paul M. Dodyk–CRAVATH, SWAIN &MOORE, 4150B–Worldwide Plaza, 825 Eight Av, NY,NY 10019 as to defendant David Ronald Chandler filed (Former Employee) (Entered: 09/26/1994) |
| 11/20/1991 | | | TRANSCRIPT of CORRECTED PAGE RECORD–Vol 12–on appeal as req 11/13/91–filed CrtRptr Margo Nelson (Former Employee) (Entered: 09/26/1994) |
| 12/13/1991 | | | SUPPLEMENTAL APPEAL Certificate of Readiness Transmitted to USCA cm (Former Employee) (Entered: 09/26/1994) |
| 01/07/1992 | 272 | | CERTIFIED copy of ORDER (USCA), dated 1/6/92 that appellant's motion for extension of time to file initial brief to &including 4/30/92 is GRANTED filed (BIRCH, Circuit Judge) cm (Former Employee) Modified on 09/26/1994 (Entered: 09/26/1994) |
| 01/09/1992 | 273 | | REQUEST (atty, Paul M. Dodyk for defendant David Ronald Chandler) to supplement record to include certain document filed by co–dfts which may become relevant to this appeal– filed (Former Employee) (Entered: 09/26/1994) |
| 01/28/1992 | | | SECOND SUPPLEMENTAL APPEAL Certificate of Readiness Transmitted to USCA &mailed to attys of record cm (Former Employee) (Entered: 09/26/1994) |
| 02/13/1992 | 274 | | ORDER (USCA), dated 2/10/92 denying motion to file appellant's brief in excess of page limitations not to exceed 225, but granting an addt'l 50 pages in excess of page limitations filed cm (Former Employee) (Entered: 09/26/1994) |
| 04/14/1992 | 275 | | WITNESS LIST by defendant David Ronald Chandler filed (Former Employee) (Entered: 09/26/1994) |
| 04/22/1992 | | | TRANSCRIPT of corrected page (time correction 11–10) before Judge Hancock CrtRptr Margo Franklin filed (Former Employee) (Entered: 09/26/1994) |
| 04/22/1992 | | | THIRD SUPPLEMENTAL APPEAL Certificate of Readiness Transmitted to USCA cm (Former Employee) (Entered: 09/26/1994) |
| 06/05/1992 | | | ORDER (USCA), dated 6/3/92 that appellee's motion fo rext of time to file appellee's brief to and including 7/8/92 is GRANTED; appellee's motion to file appellee's brief in excess fo page limitations not exceeding 100 pages is GRANTED filed (BIRCH, U.S. Circuit Judge) cm (Former Employee) (Entered: 09/26/1994) |
| 07/15/1992 | | | APPEAL Record as to David Ronald Chandler Sent to USCA (Former Employee) (Entered: 09/26/1994) |
| 07/27/1992 | | | ORDER (USCA), dated 7/24/92 GRANTING appellant's motion fo rext of time to file reply brief to &including 8/28/92; GRANTING appellant's motion to extend the length of reply brief not exceeding 75 pages– filed cm (Former Employee) (Entered: 09/26/1994) |

| 09/10/1992 | | | ORDER (USCA), dated 9/8/92 that appellant's motion for leave to file an addendum to appellant's reply brief is GRANTED filed (STANLEY F. BIRCH, Circuit Judge) cm (Former Employee) (Entered: 09/26/1994) |
|---|---|---|---|
| 10/02/1992 | | | ORDER (USCA), dated 9/30/92 that appellant's motion fo renlargement of time for oral argument not exceeding on hr per side is SENEID; appellant's motion to continue oral argument is GRANTEd; oral argument is rescheduled for 1/13/93 at 2:30 p.m. (BIRCH, Cir Judge) filed cm (Former Employee) (Entered: 09/26/1994) |
| 05/25/1993 | | | ORDER (USCA), dated 5/20/93, that appellant's motion for leave to submit supplemental authority is DENIED (BIRCH) (THIS CASE USCA #91–7466 is consolidated w/#91–7577) filed cm (Former Employee) (Entered: 09/26/1994) |
| 05/31/1993 | | | Docket Modification (Utility) case terminated, (Former Employee) (Entered: 09/29/1999) |
| 07/30/1993 | | | ORDER (USCA) that appellant's unopposed motion to ext the length of petition for rehearing &suggestion for rehearing en banc not to exceed 30 days is GRANTED; appellant's unopposed motion to enlarge the time to file petition for rehearing &suggestion for rehearing en banc to &including 8/23/93 is GRANTED –filed cm (Former Employee) (Entered: 09/26/1994) |
| 07/30/1993 | | | MEMORANDUM (USCA) that #91–7466 &#91–7577 CONSOLIDATED as to David Ronald Chandler (Former Employee) (Entered: 09/26/1994) |
| 10/04/1993 | | | ORDER (USCA) that appellee's motion for modification of the panel's opinion is GRANTED; on page 2720 of slip opinion, the second sentence of the first full paragraph of the second column: "Thus, Congress must enact such a statute before Chandler may be executed" is hereby stricken (FAY, EDMONDSON &BIRCH) filed cm (Former Employee) (Entered: 09/26/1994) |
| 10/04/1993 | | | ORDER (USCA) that PER CURIAM: The petition for rehearing is DENIED &no member of this panel nor other Judge in regular active service on the Court having requested that the court be polled on rehearing en benc (Rule 35, FRAP, 11th cir Rule 35–5) the Suggestion(s) of Rehearing En Banc are DENIED (FAY, EDMONDSON &BIRCH) filed cm (Former Employee) (Entered: 09/26/1994) |
| 10/19/1993 | | | ORDER (USCA), dated 10/14/93, that appellant Chandler's Motion for stay of the issuance of the mandate pending petition for writ of certiorari is GRANTED to &including 12/29/93...; (BIRCH, Cir Judge) filed cm (Former Employee) (Entered: 09/26/1994) |
| 10/19/1993 | | | MEMO (USCA) taht USCA will retain the record on appeal until th USSC requests that it be transmitted as to David Ronald Chandler (Former Employee) (Entered: 09/26/1994) |
| 05/22/1994 | 277 | | DECLARATION of Patricia P. Perlmutter as to dft David Ronald Chandler filed–dl JHH (Former Employee) (Entered: 09/26/1994) |
| 06/21/1994 | | | Docket Modification (Utility) per Judge James H Hancock, case referred to Magistrate T M. Putnam (Former Employee) (Entered: 12/15/1994) |

| 06/22/1994 | 276 | | MOTION for leave to take videotaped deposition of Charles Ray Jarrell, Sr. s/memorandum in support of motion– filed cs (Former Employee) (Entered: 09/26/1994) |
|---|---|---|---|
| 06/22/1994 | 278 | | MOTION attys Paul M. Dodyk &Nathasha Zalkin for admission pro hac vice for defendant David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 09/26/1994) |
| 06/22/1994 | 279 | | DECLARATION of Paul M. Dodyk as to dft David Ronald Chandler (Former Employee) (Entered: 09/26/1994) |
| 06/22/1994 | 280 | | DECLARATION of Natasha Zalkin as to dft David Ronald Chandler (Former Employee) (Entered: 09/26/1994) |
| 06/23/1994 | 281 | | ORDER ( by Judge James H. Hancock ) terminating motion for leave to take videotaped deposition of Charles Ray Jarrell, Sr. [276–1]; noticing for 7/12/94 is CANCELLED; on or before 7/8/94 ths US is directed to respond to motion in writing; such response mus include l) a full disclosure from approp med auth concerning status of Mr. Jarrell's current health, 2) a full discussion of security problems assoc w/transporting Mr. Chandler to place of incarceration of Mr. Jarrell, of transporting Mr Jarrell to the place of incarceration of Mr. Chandler &of transporting the two of them to a third location &3) whether any deposition should be transcribed stenographically &by video; in addition to the foregoing on or before 7/8/93, counsel for US &counsel for dft shall submit a brief to the court expressing their views as to whether a deposition taken as a result of the motion should be taken pursuant to FRCrP Rule 15 or 27 and/or Rule 30– filed cm (Former Employee) (Entered: 09/26/1994) |
| 06/23/1994 | | | 278 – ORDER ( by Judge James H. Hancock ) granting motion attys Paul M. Dodyk &Nathasha Zalkin for admission pro hac vice for defendant David Ronald Chandler [278–1] cm (Former Employee) (Entered: 09/26/1994) |
| 07/06/1994 | 282 | | RESPONSE by plaintiff USA regarding [276–1] filed cs (Former Employee) (Entered: 09/26/1994) |
| 07/08/1994 | | | CERTIFIED copy of Judgment–USCA, dated 7/19/93 issued as mandate 7/6/94 that the Judgments of USDC in this cause be &the same is VACATED IN PART &AFFIRMED IN PART, w/a certified copy of published opinion attached, filed (FAY, EDMONDSON &BIRCH)–cm (Former Employee) (Entered: 09/26/1994) |
| 07/08/1994 | | | ORDER (USCA) that the motion of appellant, David Ronald Chandler for a further stay of the issuance of the mandate is GRANTED to &including 7/15/94; &it is ORDERED that th emotion of appellant, David Ronald Chandler, for a further stay of the issuance of the mandate is DENIED filed (SFZ, Jr., Jdg) cm (Former Employee) (Entered: 09/26/1994) |
| 07/08/1994 | 283 | | SUPPLEMENTAL BRIEF by defendant David Ronald Chandler concerning deposition of Charles Ray Jarrell filed cs (Former Employee) (Entered: 09/26/1994) |
| 07/11/1994 | | | APPEAL Record returned by USCA as to David Ronald Chandler (Former Employee) (Entered: 09/26/1994) |
| 07/14/1994 | 284 | | |

| | | | |
|---|---|---|---|
| | | | RESPONSE by defendant David Ronald Chandler to the brief of US dated 7/6/94 addressing the issue of this court's jurisdiction filed cs–dl JHH (Former Employee) (Entered: 09/26/1994) |
| 07/27/1994 | 285 | | RESPONSE by plaintiff USA to court's order for information concerning Charles Ray Jarrell, Sr. filed cs (Former Employee) (Entered: 09/26/1994) |
| 08/05/1994 | 286 | | RESPONSE by defendant David Ronald Chandler to response of US transmitting information concerning Charles Ray Jarrell, Sr.–filed cs–dl JHH (Former Employee) (Entered: 09/26/1994) |
| 08/05/1994 | 287 | | MOTION by dft David Ronald Chandler to appoint addt'l counsel w/att declaration of Paul M Dodyk &affidavit of John R. Martin filed cs–dl JHH (Former Employee) (Entered: 09/26/1994) |
| 08/08/1994 | 288 | | ORDER ( by Judge James H. Hancock ) that 6/22/94 Motion fo rleave to take videotaped deposition of Charles Ray Jarrell, Sr. is GRANTED &such deposition may be taken in accordance w/this order; that 8/4/93 motion for appointment of John R. Martin as addt'l counsel is DENIED –filed cm (Former Employee) (Entered: 09/26/1994) |
| 08/08/1994 | | | Docket Modification (Utility) – See order [288–1] denying motion by dft David Ronald Chandler to appoint addt'l counsel w/att declaration of Paul M Dodyk &affidavit of John R. Martin [287–1] (Former Employee) (Entered: 03/20/1997) |
| 08/18/1994 | 289 | | MOTION for reconsideration by defendant David Ronald Chandler of denial of motion to appoint addt'l counsel w/atty declaration of Paul M. Dodyk filed cs–dl JHH (Former Employee) (Entered: 09/26/1994) |
| 08/22/1994 | 290 | | ORDER ( by Judge James H. Hancock ) denying motion for reconsideration by defendant David Ronald Chandler of denial of motion to appoint addt'l counsel w/atty declaration of Paul M. Dodyk [289–1]; this denial, however, is w/o prej to the filing of a motion to repleace currently appointed counsel by John R. Martin, who this court finds to be similarly qualified within the meaning of 21:848(q)(8) filed cm (Former Employee) (Entered: 09/26/1994) |
| 09/13/1994 | 291 | | MOTION by USA to advise deponent Charles Ray Jarrell, Sr of rights pursuant to Miranda v Arizona, 384 US 436 (1966) as to David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 09/26/1994) |
| 09/13/1994 | 292 | | MOTION by USA to reconsider order of 8/8/94 concerning the deposition of Charles Ray Jarrell, Sr as to David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 09/26/1994) |
| 09/13/1994 | 293 | | MOTION for order by USA to set sentencing hearing as to David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 09/26/1994) |
| 09/16/1994 | 294 | | ORDER ( by Judge James H. Hancock ) that attys for dft are directed to respond in writing to a) motion to advise deponent Charles Ray Jarrell, Sr of rights pursuant to Miranda v Arizona by 9/22/94; b) Motion to reconsider order of 8/8/94 concerning the deposition of Charles Ray Jarrell, Sr. by 9/26/94 &c) Motion to set sentencing hrg by 10/7/94; attys for govt &dft are directed to submit a brief by 10/7/94 addressing the issue of whether a resentencing of any kind is necessary in view of the fact that USCA has already vacated the convictions &sentence under Ct 1 &has affirmed dft's |

| | | | |
|---|---|---|---|
| | | | convictions &sentence under Ct 1 &affirmed dft's convictions &sentence on Cts 2–9, including the death penalty–filed–cm (Former Employee) (Entered: 09/26/1994) |
| 09/19/1994 | 295 | | MOTION by USA to change location of deposition as to David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 09/26/1994) |
| 09/19/1994 | 296 | | CORRECTED MOTION by USA to reconsider order of 8/8/94 concerning the deposition of Charles Ray Jarrell, Sr as to David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 09/26/1994) |
| 09/22/1994 | 297 | | ORDER ( by Judge James H. Hancock ) that for foregoing reasons stated in written order, that part of 8/8/94 order authorizing the taking of the deposition of Charles Ray Jarrell, Sr is VACATED &the 10/11/94 scheduled deposition is CANCELED; this renders MOOT the 9/19/94 motion to change location of deposition, the motion to reconsider filed 9/13/93 (corrected 9/19/94) &the 9/13/94 motion to advise deponent of Miranda rights; counsel for dft is relieved from the obligation imposed by the 9/16/94 order regarding the mooted motions but both parties are still required to report pursuant to the balance of the 9/16/94 order – filed cm (Former Employee) (Entered: 09/26/1994) |
| 09/22/1994 | 298 | | RESPONSE by defendant David Ronald Chandler to govt's Motion to advise deponent charles Ray Jarrell, Sr of rights pursuant to Miranda v Arizona–filed cs–dl JHH (Former Employee) (Entered: 09/26/1994) |
| 09/22/1994 | | | Docket Modification (Utility) – See Order [297–1] finding the motion by USA to advise deponent Charles Ray Jarrell, Sr of rights pursuant to Miranda v Arizona, 384 US 436 (1966) as to David Ronald Chandler [291–1] moot, finding the motion by USA to reconsider order of 8/8/94 concerning the deposition of Charles Ray Jarrell, Sr as to David Ronald Chandler [292–1] moot, finding the motion by USA to change location of deposition as to David Ronald Chandler [295–1] moot, finding the motion by USA to reconsider order of 8/8/94 concerning the deposition of Charles Ray Jarrell, Sr as to David Ronald Chandler [296–1] moot (Former Employee) (Entered: 03/20/1997) |
| 09/26/1994 | 299 | | BRIEF by defendant David Ronald Chandler in response to the waiver issue addressed in the prosecution's motion to reconsider filed on 9/13/94 filed–cs–dl JHH (Former Employee) (Entered: 09/26/1994) |
| 09/28/1994 | 300 | | PROPOSED AGENDA for Sep 29, 1994 status conference by defendant David Ronald Chandler filed cs dl JHH (Former Employee) (Entered: 09/28/1994) |
| 09/30/1994 | 301 | | NOTICE (PROPOSAL) for orderly scheduling of post–conviction proceedings by defendant David Ronald Chandler filed w/affidavit of service attached–dl JHH (Former Employee) (Entered: 09/30/1994) |
| 09/30/1994 | 302 | | ORDER ( by Judge James H. Hancock ) that on 9/22/94, the court effectively granted that part of 9/13/94 motion to reconsider (as corrected 9/19/94) requesting that the deposition of Charles Ray Jarrell, Sr. be canceled; the remaining aspect of that motion to reconsider, viz, a motion to direct counsel for dft to file a motion for new trial is DENIED; if dft files a motion for new trial, the court will deal w/it at that time, but the court is of |

| | | | |
|---|---|---|---|
| | | | the opinion that it would be inappropriate to direct the filing of any such motion; counsel for dft, however, should understand from 9/22/94 order, that court does not intend to consider any issue regarding testimony of Jarrell absent the filing of a motion for new trial and/or a 2255 motion; contained in 9/30/94 proposal filed by counsel for dft is a request to vacate the briefing schedule set by the 9/16/94 order, to defer resolution of sentencing hrg until after the adjudication of the post–conviction proceedings, to establish a date for an in camera hrg regarding a reasonable period for the filing of a motion for new trial and/or 2255 motion, &to grant dft leave to file a "preliminary" motion for new trial; to the extent that such requests set forth in 9/30/94 proposal are viewed as motions, they are DENIED– filed cm (Former Employee) Modified on 10/27/1994 (Entered: 09/30/1994) |
| 10/04/1994 | 303 | | RESPONSE to court order of 9/16/94 by plaintiff USA filed cs–dl JHH (Former Employee) (Entered: 10/05/1994) |
| 10/06/1994 | 304 | | RESPONSE by plaintiff USA to court order of 9/16/94 filed cs–dl JHH (Former Employee) (Entered: 10/06/1994) |
| 10/06/1994 | 305 | | ORDER ( by Judge James H. Hancock ) that court observes that counsel for dft has heretofore transmitted documents for filing in this case via facsimile; it is the current policy of this court not to accept documents for filing in this manner; without prior approval, clerk of court is directed not to accept for filing any document faxed to court directly – filed cm (Former Employee) Modified on 10/27/1994 (Entered: 10/07/1994) |
| 10/12/1994 | 306 | | ORDER ( by Judge James H. Hancock ) denying 9/13/94 motion to set sentencing hearing &has considered such motion in the light of the govt's 10/4/94 response &dft's 10/6/94 response to court's 9/16/94 order; as the court observed in 9/16/94 order, the USCA AFFIRMED the conviction &sentence under Cts 2–9, which included the Ct 3 DEATH penalty conviction &sentence; as to Ct l, the USCA simply vacated both the conviction &the sentence; the court concludes that a resentencing under any or all of the affirmed cts 2–9 is inappropriate; the 9/13/94 motion to set a sentencing hrg as to David Ronald Chandler [293–1] is DENIED filed cm (Former Employee) Modified on 10/27/1994 (Entered: 10/12/1994) |
| 10/25/1994 | 307 | | MOTION for order by defendant David Ronald Chandler filed under seal no cs (Former Employee) (Entered: 10/26/1994) |
| 10/26/1994 | 308 | | ORDER ( by Judge James H. Hancock ) granting motion for order by defendant David Ronald Chandler [307–1] filed under seal. The matters filed under the seal of this order shall be available for review only by a judge or magistrate judge of this court or a judge of the Eleventh Circuit Court of Appeals. cm (Former Employee) Modified on 10/28/1994 (Entered: 10/26/1994) |
| 10/28/1994 | 309 | | TRANSCRIPT (ME) of ex parte telephone conf on 10/24/94 as to dft David Ronald Chandler before JHH CrtRptr Margo Ellison filed under SEAL (Former Employee) Modified on 10/28/1994 (Entered: 10/28/1994) |
| 10/28/1994 | 310 | | TRANSCRIPT (ME) of ex parte conference on 10/25/94 as to dft David Ronald Chandler before JHH CrtRptr Margo Ellison filed under SEAL (Former Employee) (Entered: 10/28/1994) |

| 11/02/1994 | | | DOCKET modification (utility event) terminating motion for order setting bond pending sentencing and pending a custodial designation for him once sentence has been handed down [223–1], terminating motion for individual voir dire [188–1], terminating motion in limine [187–1] terminating motion for order to suppress [186–1], terminating motion for order to suppress [162–1], terminating motion in limine re: evidence of co–conspirator or hearsay statements [159–1] terminating motion for order to adopt and conform applicable motions [156–1], terminating motion for order to suppress certain photographs [153–1], terminating motion for order to suppress certain tapes and transcriptions [152–1] terminating motion for stipulation to business records and toxicology reports as to dft D. R. Chandler [145–1], terminating motion to strike [137–1], terminating motion for order [102–1] terminating motion for order for notice by the prosecution of the intention to use evidence arguably subject to suppression [91–1], terminating motion for additional premptory challenges [89–1], terminating motion for notice of intent to introduce similar acts [81–1] terminating motion to exclude hearsay acts and declarations of known and unknown co–conspirators [78–1], terminating motion to extend time within which to file pretrial motions [71–1], terminating motion to dismiss [61–1] terminating motion for order to suppress [58–1], terminating motion to exclude hearsay acts and declarations of known and unknown co–conspirators [57–1], terminating motion to adopt all motions [56–1] terminating motion to adopt and conform applicable motions [53–1], terminating motion for inquiry regarding source of property as to dfts Steed, E. Chandler, and Hackney [9–1] (CLEAN UP FROM AUTOMATION OF MANUAL DOCKET SHEET) (KAM) (Entered: 11/02/1994) |
| 11/30/1994 | 311 | | EX PARTE MOTION for substitution of appointed counsel by defendant David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 11/30/1994) |
| 12/02/1994 | 312 | | ORDER ( by Judge James H. Hancock ) – With his ltr of Nov 15, 1994 addressed to Mr Paul M Dodyk, Miguel Cortez, the clerk of the US Court of Appeals for the 11th Cir advised Mr Dodyk that he had been appointed to represent dft in this case. Mr. Cortez enclosed with that ltr an appointment voucher signed by him confirming that Mr Dodyk had been so appointed &would be the payee under the Criminal Justice Act vouchers. While the Nov 30, 1994 motion for substitution of appointed counsel indicates that Mr Dodyk is still under the impression that Cravath, Swaine &Moore was appointed counsel, the court is of the opinion that Mr Dodyk himself is the court appointed counsel of record for dft. The court therefore views the Nov 30, 1994 motion for substitution of appointed counsel as a motion filed by Mr Dodyk to be replaced as court appointed counsel by Mr John R Martin. Based upon the Nov 30, 1994 motion &the affidavit of Mr John R Martin attached to the Aug 5, 1994 motion to appoint add'l counsel, as well as other documentary material in the court file, the court concludes that Mr John R Martin is "similarly qualified" within the meaning of 21 USC 848(q)(8), and the court earlier has expressed the same opinion in its Aug 22, 1994 order. The court is willing to replace counsel for dft currently serving as court appointed counsel under the Crimianl Justice Act with Mr John R Martin provided: 1. Mr Martin promptly files with the court a request for such appointment, indicating a willingness to accept the appointment under the |

| | | | |
|---|---|---|---|
| | | | Criminal Justice Act; and 2. Ms. Natasha Zalkin, who was admitted Jun 23, 1994, pro hac vice as an atty of record for dft, files with the court a document satisfying the court that she is prepared to continue as an attorney of record for dft on a pro bono basis as long as Mr. Martin continues to serve as court appointed counsel. as to dft David Ronald Chandler filed cm (Former Employee) (Entered: 12/02/1994) |
| 12/08/1994 | 313 | | MOTION request for appointment as counsel under the Criminal Justice Act by John R Martin for defendant David Ronald Chandler filed no cs dl JHH (Former Employee) (Entered: 12/08/1994) |
| 12/08/1994 | 314 | | STATEMENT of Natasha Zalkin, employed by the law firm of Cravath, Swaine &Moore, of willingness to represent defendant David Ronald Chandler. Cravath, Swaine &Moore is willing to donate all time spent by atty Zalkin in connection with this case, and all expenses incurred in association with this case, without seeking any compensation from the Court, through the adjudication of the upcoming new trial/28 USC 2255 proceedings. filed (Former Employee) (Entered: 12/08/1994) |
| 12/14/1994 | 315 | | ORDER ( by Judge James H. Hancock ) granting motion for substitution of appointed counsel by defendant David Ronald Chandler [311–1] terminating attorney Paul M Dodyk for David Ronald Chandler granting motion request for appointment as counsel under the Criminal Justice Act by John R Martin for defendant David Ronald Chandler [313–1], adding attorney John R Martin as to David Ronald Chandler – The court has before it the request of Mr John R Martin and the statement of Ms Natasha Zalkin, both filed Dec 8, 1994 in response to the Dec 2, 1994 order. Having considered the matters referred to in the Dec 2, 1994 order, together with the two documents described above, Mr John R Martin, 44 Broad Street NW, 500 Grant Bldg, Atlanta, GA 30303, Telephone 404–522–0400, is hereby appointed counsel for dft pursuant to 21 USC 848(q), such appointment being made pursuant to the Criminal Justice Act, 18 USC 3006A. Mr Martin is hereby admitted pro hac vice to this court. Since the appointment of Mr Martin is as replacement counsel, Mr Paul M Dodyk (and to the extent appropriate, Cravath, Swaine &Moore) is relieved as court–appointed counsel and as counsel of record for defendant. The clerk of court is directed to enter Mr Martin's name as counsel of record for defendant but Ms Natasha Zalkin remains as a counsel of record for defendant and a copy of all matters mailed by the clerk of court or by counsel for the United States also should be mailed to Ms Natasha Zalkin, Cravath, Swaine &Moore, 825 8th Avenue, New York, NY 10019–7415, who was admitted pro hac vice on June 23, 1994. filed cm (Former Employee) (Entered: 12/14/1994) |
| 12/20/1994 | 316 | | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney John R. Martin replacing Paul M. Dodyk voucher # D15001 n.p.t. of 12/14/94 for dft David Ronald Chandler (CPE) (Entered: 12/21/1994) |
| 01/04/1995 | 317 | | EX PARTE MOTION to set rate of compensation &for interim payments of atty fees &expenses by defendant David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 01/05/1995) |
| 01/13/1995 | 318 | | ORDER ( by Judge James H. Hancock ) re motion to set rate of compensation &for interim payments of atty fees &expenses by defendant David Ronald Chandler [317–1] – Counsel shall submit to Magistrate Judge |

| | | | |
|---|---|---|---|
| | | | T. Michael Putnam once ea month, an interim CJA Form 20. Compensation earned for the calendar month on the court–established rate of $100 per hr &reimbursable expenses incurred for the calendar month shall be claimed on an interim voucher submitted no later than the 20th day of each month, or the first business day thereafter. [See order for detailed instructions.] filed cm–lgw (Former Employee) (Entered: 01/18/1995) |
| 02/17/1995 | 319 | | MOTION for order requiring the Bureau of Prisons to rescind the illegally scheduled execution date for Mr Chandler pending compliance with 28 CFR 26.2 or alternatively for a stay of the execution of Mr Chandler's death sentence until Mar 31, 1994 pursuant to mcFarland v Scott by defendant David Ronald Chandler filed cs dl JHH (Former Employee) (Entered: 02/17/1995) |
| 02/21/1995 | 320 | | ORDER ( by Judge James H. Hancock ) that at the time the court imposed its sentence herein on 5/14/91 the court stayed implementation of sentence under Ct 3 until lifted by an order of court, but the judgment &commitment expressly stated that the stay also would be terminated w/the filing of a notice of appeal; F.R.Cr.P. 38(a) stay became effective w/the filing of the notice of appeal; the mandate from USCA affirming as to the issues embraced in the conviction &sentence under Ct 3 was received in this court 7/15/94; while the court is of the opinion that the filing of the mandate in this court effectively terminated the stay provided for in Rule 38(a), the court intends to enter an order lifting any remaining stay in existence at this time as a result of the R 38(a) stay unless the parties show cause, if any there be, in writing on or before 3/6/95, why such an order should not be entered; the court has before it 2/17/95 motion (dft) which reflects that plaintiff contemplates carrying out the sentence under Ct 3 pursuant to 28 CFR 26.6(a) &is directed to do so by 3/6/95; by the same date the US is directed to file a brief w/the court responding to the issues raised by the 2/17/95 motion; those issues will be deemed submitted for decision by the court as of 3/24/95 &dft has until that time to file w/the court a brief (a) addressing the issues raised by the 2/17/95 motion &(b) responding to the proposed judgment &order &to the brief submitted by the US in accordance herewith – filed cm (Former Employee) (Entered: 02/22/1995) |
| 02/22/1995 | 321 | | MOTION of USA for proposed judgment &order of execution of death sentence as to David Ronald Chandler filed–cs– dl JHH (Former Employee) (Entered: 02/22/1995) |
| 03/03/1995 | 322 | | RESPONSE by plaintiff USA to dft's motion to rescind execution date filed cs–dl JHH (Former Employee) (Entered: 03/06/1995) |
| 03/06/1995 | 323 | | RESPONSE by defendant David Ronald Chandler to court's order of 2/21/95 concerning the FRCrP 38(a) stay filed cs–dl JHH (Former Employee) (Entered: 03/06/1995) |
| 03/07/1995 | 324 | | ORDER ( by Judge James H. Hancock ) that jurisdiction over probationer/supervised releasee Ollie Morris, Jr. be transferred to ND/GA, Rome by this court. filed cm (Former Employee) Modified on 03/08/1995 (Entered: 03/08/1995) |
| 03/14/1995 | 325 | | CJA Form 30 (Death Penalty) Copy 4 (Appointment of Counsel) Attorney John R. Martin INTERIM voucher #2 D15001 for Dft David Ronald |

| | | | |
|---|---|---|---|
| | | | Chandler (CPE) (Entered: 03/14/1995) |
| 03/20/1995 | 326 | | MOTION to vacate the dft's convictions &sentences by defendant David Ronald Chandler , for new trial pursuant to 28:2255 &Rule 33 by David Ronald Chandler filed–dl JHH (CV 95–H–8005–E for stat purposes only) (Former Employee) Modified on 03/21/1995 (Entered: 03/20/1995) |
| 03/20/1995 | 327 | | MOTION to stay execution of dft's death sentence &for an expedited ruling on this motion by defendant David Ronald Chandler filed–dl JHH (Former Employee) (Entered: 03/20/1995) |
| 03/20/1995 | 328 | | MEMORANDUM in support of Motion to stay execution of dft's death sentence &for an expedited ruling on this motion [327–1] by defendant David Ronald Chandler filed–dl JHH (Former Employee) (Entered: 03/20/1995) |
| 03/20/1995 | 329 | | MOTION (SUPPLEMENT) to vacate by defendant David Ronald Chandler , for new trial by David Ronald Chandler &Rule 33 filed IN CAMERA –dl JHH see doc 331 sealing (CV 95–H–8005–E for stat purposes only). 12/17/96: Document UNSEALED by Order of Hon James H Hancock [DOC # 456] (Former Employee) Modified on 03/21/1995 (Entered: 03/20/1995) |
| 03/20/1995 | 330 | | MOTION to seal IN CAMERA supplement to motion to vacate by defendant David Ronald Chandler filed–dl JHH (Former Employee) Modified on 03/21/1995 (Entered: 03/20/1995) |
| 03/21/1995 | 331 | | ORDER ( by Judge James H. Hancock ) granting motion of defendant David Ronald Chandler [330–1] to seal the IN CAMERA supplement to his motions under 28:2255 &Rule 33 (which supplement constitutes the text of subsection 7 to Part III C of the Motions); the supplement is to be UNSEALED only by a magistrate judge or district judge of this court (or by someone else on order by such judge) or by a judge of the circuit court of appeals – filed cm. 12/17/96: Motion [Doc 329] UNSEALED by Order of Hon James H Hancock [Doc 456]. (Former Employee) (Entered: 03/21/1995) |
| 03/21/1995 | 332 | | ORDER that any and all stays in existence at any time prior to 3/21/95 affecting implementation of the sentence of death under count 3 are lifted; dft's 3/20/95 motion for a stay is granted to the extent that implementation of the sentence under counte 3 is STAYED pending further order; counsel are directed to promptly communicate with Magistrate Judge Putnam to arrange early conference – filed w/exhibit attached (by Judge James H. Hancock) cm (SNH) (Entered: 03/21/1995) |
| 03/21/1995 | | | Docket Modification (Utility) – See Order [332–1] terminating motion for order requiring the Bureau of Prisons to rescind the illegally scheduled execution date for Mr Chandler pending compliance with 28 CFR 26.2 or alternatively for a stay of the execution of Mr Chandler's death sentence until Mar 31, 1994 pursuant to mcFarland v Scott by defendant David Ronald Chandler [319–1], terminating motion of USA for proposed judgment &order of execution of death sentence as to David Ronald Chandler [321–1] (Former Employee) (Entered: 03/20/1997) |
| 03/24/1995 | 333 | | MOTION to reveal contents of IN CAMERA supplement to govt by USA as to David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: |

| | | | |
|---|---|---|---|
| | | | 03/24/1995) |
| 03/28/1995 | 334 | | CJA Form 30 Copy 4 (Appointment of Counsel) Monthly Interim voucher # 3 for John R. Martin Attorney for David Ronald Chandler (CPE) (Entered: 03/28/1995) |
| 03/29/1995 | 335 | | ORDER ( by Magistrate–Judge T M. Putnam ) ; The above– styled cause is SET FOR CONFERENCE before the undersigned on Tues Apr 11, 1995 at 10:00 a.m. for David Ronald Chandler filed cm (Former Employee) (Entered: 03/29/1995) |
| 04/06/1995 | 336 | | MOTION for reasonable access to counsel defendant David Ronald Chandler w/att declarations of counsel &memorandum of law filed cs dl JHH (Former Employee) Modified on 04/06/1995 (Entered: 04/06/1995) |
| 04/06/1995 | 337 | | MOTION to disqualify prosecutor Hubbard &prosecutor Davis from further participation in this case by defendant David Ronald Chandler &att memo of law filed cs dl JHH (Former Employee) Modified on 05/06/1997 (Entered: 04/06/1995) |
| 04/06/1995 | 338 | | MOTION for discovery by defendant David Ronald Chandler filed cs dl JHH (Former Employee) (Entered: 04/06/1995) |
| 04/06/1995 | 339 | | CERTIFICATE of Service by defendant David Ronald Chandler of motions (Docs #336, 337 &338) (Former Employee) (Entered: 04/06/1995) |
| 04/11/1995 | 340 | | MOTION to preserve evidence &authority therefor by defendant David Ronald Chandler filed cs dl JHH (Former Employee) (Entered: 04/11/1995) |
| 04/11/1995 | 341 | | ORDER (by Judge James H. Hancock), dated 2/16/95 that jurisdiction over probationer/supervised releasee Fred Moncrief be transferred w/records to ND/GA upon that Court's order of acceptance of jurisdiction; this court hereby expressly consents that the period of probation or supervised release may be changed by the USDC to which this transfer is made without further inquiry of this court filed 4/4/95; cc of proceedings had ND/AL mailed as to Fred Moncrief to ND/GA (Former Employee) Modified on 04/12/1995 (Entered: 04/12/1995) |
| 04/14/1995 | 342 | | ORDER ( by Judge James H. Hancock ) granting motion for reasonable access to counsel defendant David Ronald Chandler [336–1] – On Apr 6, 1995, movant filed a motion for reasonable access to counsel, in which he alleges that he is currently incarcerated in a state prison in Huntsville, TX, and that this seriously hampers his ability to consult on a confidential basis with his 2255 counsel. Having heard and considered the motion, the court is of the opinion that the same is due to be &hereby is GRANTED, and the US Bureau of Prisons is hereby DIRECTED to transfer the movant to the US Penitentiary at Atlanta, GA, at the earliest possible opportunity, taking into account necessary and legitimate security measures with respect to housing the movant. Alternatively, the Bureau of Prisons shall show cause in writing within 30 days after the date of this order why it is not possible to adequately and securely house the movant at the U.S. Penitentiary at Atlanta, GA. filed cm (Former Employee) (Entered: 04/14/1995) |
| 04/14/1995 | 343 | | ORDER ( by Judge James H. Hancock ) granting motion to preserve evidence &authority therefor by defendant David Ronald Chandler [340–1] |

| | | | |
|---|---|---|---|
| | | | – All federal, state, and local law enforcement agencies and organizations, and all agents &officers of such agencies and organizations, are hereby ORDERED and DIRECTED to retain all records, notes, documents, reports, and other papers relating to the investigation and prosecution of David Ronald Chandler with respect to any matter, including, but not limited to, the murder of Marlin Shuler, the disappearances of Jeff McFry and James Patrick Burroughs, and any marijuana or other drug–trafficking activities. Counsel for the Government are hereby INSTRUCTED to circulate a copy of this Order to all federal, state, and local law enforcement agencies and officers known or believed by govt's counsel to have been involved in the investigation and prosecution of the dft. filed cm (Former Employee) (Entered: 04/14/1995) |
| 04/14/1995 | 344 | | ORDER ( by Judge James H. Hancock ) – Dft/movant, David Ronald Chandler, has filed a motion to vacate his convictions and sentences, including the capital sentence, in this cause pursuant to 28 USC 2255. He has also filed a Rule 33, F.R.Crim.P., motion for new trial based on newly–discovered evidence. In order to provide for the expeditious &effective processing of these motions, the following order is hereby made: A. Within 30 days from the date of this order, counsel for the movant, as officers of this court, shall certify to the court that they have, before or after the date of this order, met with the movant, either in person or by telephone, in accordance with instructions as set out in order. B. Within 30 days from date of order counsel for movant shall prepare and file with the court a memorandum as set out in order. C. Within 30 days from the date of this order, counsel for movant shall either amend the 2255 motion or file a written notice as set out in order. D. Not more than 60 days after this order, or 30 days after the filing of the amended motion or notice that all issues have been included, whichever is later, the gov't shall file a written answer to the motion as set out in order. Within 30 days thereafter, counsel for the movant shall file his reply brief. E. The parties may not engage in discovery without the express permission of the court. The movant's motion for leave to conduct discovery is pending before the court. Simultaneously with the filing of the answer required above, the gov't shall also file a response to the motion for leave to conduct discovery, specifically pointing out any requested discovery objected to on the basis of a privilege and describing the privilege asserted. The govt's response should otherwise set out every basis for its objection to discovery generally or with respect to any particular discovery requests. F. Beginning at page 44 of the motion (paras. 97–155), movant alleges a number of claims grounded on ineffective assistance of trial counsel. The nature of the claims now make plain that no attorney–client relationship exists presently between movant and trial counsel and that trial counsel is now relieved of any further responsibilities with respect to representation of the movant. Furthermore, insofar as movant alleges specific misconduct or incompetence rising to the level of ineffective assistance, movant has waived the attorney– client privilege regarding those claims, and neither trial counsel nor movant may assert the attorney–client privilege with respect to the facts, evidence, information, or communications between them pertinent to any pled claim of ineffectiveness. See Morris v Kemp, 80 F2d 1499 (11th Cir 1987)(dicta); Tasby v US, 504 F2d 332 (8th Cir 1974). G. If counsel for any party should determine that there are any unexhausted claims for which a remedy is still available, they shall |

| | | | |
|---|---|---|---|
| | | | immediately inform the court in writing, designating the claim and the relief available, and shall seek an appropriate order of this court. Opposing counsel shall respond to any such motion within 10 days. filed cm (Former Employee) (Entered: 04/14/1995) |
| 04/14/1995 | 345 | | ORDER ( by Judge James H. Hancock ) – The govt's motion to reveal contents of in camera supplement [133–1], filed Mar 24, 1995, is now MOOT, the contents of the in camera supplement having been provided to the gov't by movant's counsel. The movant's motion to disqualify is MOOT insofar as it seeks the disqualification of state prosecutor Hubbard, the gov't representing to a magistrate judge of this court that prosecutor Hubbard will not represent the gov't in connection with this matter. The remainder of the motion seeking the disqualification of AUSA Harwell Davis is hereby SET FOR EVIDENTIARY HEARING at 10:30 a.m. on Wed, Apr 26, 1995, before the undersigned in Crtrm 6–B, Hugo L Black US Courthouse, B'ham, AL. The evidentiary hrg will focus only on the narrow questions of whether AUSA Davis intimidated Melissa McFry into testifying perjuriously at trial and whether he failed to disclose to the defense certain comments made to him by Sherry McDill regarding Donna Shuler's drug–trafficking activity. For the limited purpose of this evidentiary hearing, AUSA Davis may not participate as counsel for the gov't but shall be available as a potential witness. The burden of establishing the disqualification of AUSA Davis rests on the movant. A further scheduling and status conference is hereby SET before the U.S. Magistrate Judge for 2:00 p.m. on Wed, July 12, 1995, in Room 268, Hugo L Black US Courthouse, B'ham, AL. filed cm (Former Employee) (Entered: 04/14/1995) |
| 04/19/1995 | 346 | | MOTION ex parte application for travel expenses by defendant David Ronald Chandler filed under seal no cs (Former Employee) (Entered: 04/20/1995) |
| 04/20/1995 | 347 | | ORDER ( by Judge James H. Hancock ) Ex parte application for travel expenses by defendant David Ronald Chandler [346–1] is GRANTED. The application shall be placed under seal. filed cm (Former Employee) (Entered: 04/20/1995) |
| 04/20/1995 | 348 | | ORDER ( by Judge James H. Hancock ) ; Oral motion of counsel for dft for continuance of the evidentiary hrg scheduled for Apr 26, 1995 is GRANTED. The evidentiary hearing is hereby RESCHEDULED to be heard in Birmingham on Thursday, May 11, 1995, at 10:30 a.m. for David Ronald Chandler filed cm (Former Employee) (Entered: 04/20/1995) |
| 05/05/1995 | 349 | | MOTION to vacate 4/14/95 order (doc #342) requiring USBP to move dft Chandler to US Penitentiary at Atlanta, GA by USA as to David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 05/08/1995) |
| 05/08/1995 | 350 | | ORDER ( by Judge James H. Hancock ) ; GRANTING oral USA Motion for continuance of evidentiary hrg scheduled for May 11, 1995; the evidentiary hrg is RESCHEDULED to be heard in B'ham on Tuesday, May 30, 1995 at 9:00 a.m. for David Ronald Chandler filed cm (Former Employee) (Entered: 05/09/1995) |
| 05/09/1995 | | | 349 – ORDER ( by Judge James H. Hancock ) granting motion to vacate 4/14/95 order (doc #342) requiring USBP to move dft Chandler to US |

| | | | |
|---|---|---|---|
| | | | Penitentiary at Atlanta, GA by USA as to David Ronald Chandler [349–1] cm (Former Employee) (Entered: 05/09/1995) |
| 05/11/1995 | 351 | | MOTION to prohibit intimidation of witnesses under guise of providing legal "warnings" w/incorporated authority by defendant David Ronald Chandler filed cs–dl JHH (Former Employee) Modified on 05/06/1997 (Entered: 05/11/1995) |
| 05/11/1995 | 352 | | MOTION for enlargement of time to respon to court's order of 4/14/95 by defendant David Ronald Chandler filed cs–dl JHH (Former Employee) Modified on 05/06/1997 (Entered: 05/11/1995) |
| 05/11/1995 | 353 | | MOTION to expedite certain discovery by defendant David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 05/11/1995) |
| 05/19/1995 | 354 | | EX PARTE MOTION for order by defendant David Ronald Chandler filed under seal no cs dl TMP. UNSEALED by oral order (JHH) in court hearing 05/30/95. (Former Employee) Modified on 05/31/1995 (Entered: 05/22/1995) |
| 05/19/1995 | | | 354 – ORDER ( by Magistrate–Judge T M. Putnam ) granting motion for order by defendant David Ronald Chandler [354–1] cm (subpoenas issd–1 exec by atty; USM exec 1 w/addt'l travel expenses) (Former Employee) Modified on 05/23/1995 (Entered: 05/22/1995) |
| 05/23/1995 | 355 | | EX PARTE MOTION for order by defendant David Ronald Chandler filed under seal– no cs–dl TMP. UNSEALED by oral order (JHH) in court hearing 05/30/95. (Former Employee) Modified on 05/31/1995 (Entered: 05/23/1995) |
| 05/23/1995 | | | 355 – ORDER ( by Magistrate–Judge T M. Putnam ) granting motion for order by defendant David Ronald Chandler [355–1] cm; subpoenas issd–exec by atty (Former Employee) (Entered: 05/23/1995) |
| 05/30/1995 | | | COURTROOM NOTES (before Judge James H. Hancock): in–court hearing held on 5/30/95 on deft's 4/6/95 motion to disqualify prosecutor [DOC 337] – deft's brief due 6/16/95 – government's brief due 6/26/95 – taken under submission 6/26/95 – ORDER (oral) unsealing 5/19/95 motion of deft [DOC 354] and 5/23/95 motion of deft [DOC 355] – CrtRptr Margo Ellison (KAK) (Entered: 05/31/1995) |
| 06/02/1995 | 356 | | TRANSCRIPT (ME) of evidentiary hearing on 5/30/95 as to David Ronald Chandler before Hon James H Hancock CrtRptr Margo T Ellison filed (Former Employee) (Entered: 06/02/1995) |
| 06/02/1995 | 357 | | EX PARTE MOTION for order by defendant David Ronald Chandler filed under seal dl TMP (Former Employee) (Entered: 06/02/1995) |
| 06/02/1995 | | | 357 – ORDER ( by Magistrate–Judge T M. Putnam ) granting motion for order by defendant David Ronald Chandler [357–1] cm (Former Employee) (Entered: 06/02/1995) |
| 06/12/1995 | 358 | | RESPONSE by plaintiff USA filed under seal (Former Employee) (Entered: 06/14/1995) |
| 06/12/1995 | 359 | | RESPONSE by plaintiff USA regarding dft Chandler's motion for discovery |

| | | | |
|---|---|---|---|
| | | | [338–1] filed cs dl JHH (Former Employee) (Entered: 06/14/1995) |
| 06/12/1995 | 360 | | RESPONSE by plaintiff USA regarding court's order [344–1] as to dft's motion pursuant to 28 USC 2255 and/or Rule 33, FRCrimP filed cs dl JHH (Former Employee) (Entered: 06/14/1995) |
| 06/15/1995 | 361 | | MOTION to continue hrg before magistrate judge set for Jul 12, 1995 at 2:00 p.m. by USA as to David Ronald Chandler filed cs dl TMP (Former Employee) (Entered: 06/19/1995) |
| 06/16/1995 | 362 | | POST–HEARING BRIEF by defendant David Ronald Chandler in support of motion to disqualify prosecutors Hubbard &Davis from further participation in this case [337–1] filed cs dl JHH (Former Employee) Modified on 06/19/1995 (Entered: 06/19/1995) |
| 06/21/1995 | 363 | | ORDER ( by Magistrate–Judge T M. Putnam ) granting motion to continue hrg before magistrate judge set for Jul 12, 1995 at 2:00 p.m. by USA as to David Ronald Chandler [361–1] CONTINUED and RE–SET on Fri July 28, 1995 at 2:00 p.m. in Room 268, Hugo L Black US Cthse filed cm (Former Employee) (Entered: 06/21/1995) |
| 06/26/1995 | 364 | | ORDER ( by Judge James H. Hancock ) that on 4/14/95 the court directed counsel for dft to file a certificate signed by counsel &by dft within 30 days; on 5/11/95 dft filed a motion to add an addt'l 30 days to the time period established by the 4/14/95 order; at the conclusion of 5/30/95 evidentiary hrg counsel for dft brought to the court's attention that the 5/11/95 motion for extension was unruled on &that he still had not complied with 4/14/95 order; counsel for dft indicated he expected dft to be moved from TX to AL almost any day which would make a meeting w/dft more convenient; the court indicated its agreement to 30–day extension; more than 40 days have now expired since the expiration of the initial 30–day period established by 4/14/95; counsel for dft has had more than enough time to comply with 4/14/95 order &is hereby directed by the court to file the certificates described in order on or before 1:00 p.m. on Monday 7/10/95; expenses associated w/any trip to confer in person or any telephone tolls associated w/telephone conference w/dft after 7/5/95, in connection w/such certificates will not be reimbursed &hourly charges for any work associated w/subject matter of 4/14/95 order will not be paid if the conference described in 4/14/95 order does not take place by 7/5/95 filed cm (Former Employee) (Entered: 06/26/1995) |
| 06/27/1995 | 365 | | MOTION for extension in time to file the Response to dft's post–hearing brief by USA as to David Ronald Chandler cs–dl JHH (SEAL) (Entered: 06/27/1995) |
| 06/27/1995 | | | 365 – ORDER ( by Judge James H. Hancock ) granting motion for extension in time to file the Response to dft's post–hearing brief by USA as to David Ronald Chandler [365–1] cm (Former Employee) (Entered: 06/27/1995) |
| 06/30/1995 | 366 | | POST–HEARING BRIEF by plaintiff USA of the govt of the failure of dft to adduce credible evidence to support any allegation of impropriety of Harwell Davis filed cs (Former Employee) (Entered: 06/30/1995) |
| 07/06/1995 | 367 | | MEMORANDUM of defendant David Ronald Chandler filed–dl JHH (Former Employee) (Entered: 07/06/1995) |

| 07/06/1995 | 368 | | CERTIFICATE OF COUNSEL, John R. Martin as to defendant David Ronald Chandler hat CJA counsel certifies to the Court that he has met w/dft on 6/5/95 &7/5/95 &discussed w/him the items listed in para (A) of the courts order of 4/14/94–dl JHH (Former Employee) (Entered: 07/06/1995) |
| 07/06/1995 | 369 | | REPLY to the govt's post–hearing brief regarding disqualification issued by defendant David Ronald Chandler regarding [366–1] filed cs–dl JHH (Former Employee) (Entered: 07/06/1995) |
| 07/06/1995 | 370 | | MOTION to allow reply brief by defendant David Ronald Chandler filed–dl JHH (Former Employee) (Entered: 07/06/1995) |
| 07/06/1995 | 371 | | MOTION for leave to file amendments to motion to vacate by defendant David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 07/06/1995) |
| 07/06/1995 | 372 | | CERTIFICATE of service [as to each of 5 prev docs, #367–#371] by defendant David Ronald Chandler (Former Employee) (Entered: 07/06/1995) |
| 07/06/1995 | 373 | | EX PARTE MOTION for order by defendant David Ronald Chandler filed under seal–dl JHH (Former Employee) (Entered: 07/06/1995) |
| 07/06/1995 | 374 | | ORDER ( by Judge James H. Hancock ) granting motion for leave to file amendments to motion to vacate by defendant David Ronald Chandler [371–1] filed cm (Former Employee) (Entered: 07/06/1995) |
| 07/06/1995 | | | 370 – ORDER ( by Judge James H. Hancock ) granting motion to allow reply brief by defendant David Ronald Chandler [370–1] cm (Former Employee) (Entered: 07/06/1995) |
| 07/17/1995 | 375 | | MOTION for enlargement of time to file amendments to Motion to vacate by defendant David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 07/18/1995) |
| 07/17/1995 | 376 | | REPLY (RESPONSE) to govt's RESPONSE to dft's motion for discovery by defendant David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 07/18/1995) |
| 07/17/1995 | 377 | | TRAVERSE (RESPONSE) to govt's RESPONSE to dft's Motion pursuant to 28:2255 and/or Rule 33, F.R.Cr.R. by defendant David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 07/18/1995) |
| 07/17/1995 | 378 | | REPLY (RESPONSE) to govt's RESPONSE to in camera supplement by defendant David Ronald Chandler filed under seal–dl JHH (Former Employee) (Entered: 07/18/1995) |
| 07/17/1995 | 379 | | CERTIFICATE of service as to prev docs #375–#378 by defendant David Ronald Chandler filed (Former Employee) (Entered: 07/18/1995) |
| 07/17/1995 | 380 | | ORDER ( by Judge James H. Hancock ) granting 7/17/95 motion for enlargement of time to file amendments to Motion to vacate by defendant David Ronald Chandler [375–1], but this is the last extension to be granted– filed cm (Former Employee) (Entered: 07/18/1995) |
| 07/24/1995 | 381 | | AMENDMENT TO MOTION to vacate dft's convictions &sentences and for a new trial under 28 USC 2255 &Rule 33 of Fed R Crim P by defendant |

| | | | |
|---|---|---|---|
| | | | David Ronald Chandler filed cs dl JHH (Former Employee) Modified on 07/25/1995 (Entered: 07/25/1995) |
| 07/24/1995 | 382 | | AMENDED MOTION to vacate the dft's convictions and sentences and for a new trial under 28 USC 2255 &Rule 33 of Fed R Crim P by defendant David Ronald Chandler filed cs dl JHH (Former Employee) (Entered: 07/25/1995) |
| 07/24/1995 | 383 | | CERTIFICATE of service re docs 381 &382 by defendant David Ronald Chandler (Former Employee) (Entered: 07/25/1995) |
| 07/25/1995 | 384 | | FINDINGS of Fact, Conclusions of Law and ORDER of Court ( by Judge James H. Hancock ) as to David Ronald Chandler re motion to vacate dft's convictions &sentences and for new trial pursuant to 28 USC 2255 &Rule 33 [326–1] and supplement [329–1], motion to disqualify prosecutor Hubbard &prosecutor Davis from further participation in case [337–1], amendment to motion to vacate dft's convictions &sentences and for a new trial under 28 USC &Rule 33 of Fed R Crim P [381–1], and amended motion to vacate the dft's convictions and sentences and for a new trial under 28 USC &Rule 33 of Fed R Crim P [382–1] filed cm (Former Employee) (Entered: 07/25/1995) |
| 07/26/1995 | 385 | | Correspondence from juror re defendant David Ronald Chandler filed (Former Employee) (Entered: 07/26/1995) |
| 08/07/1995 | 386 | | MOTION for reconsideration and/or clarification by defendant David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 08/07/1995) |
| 08/08/1995 | 387 | | WAIVER of conflict as to representation by co–counsel Natasha Zalkin by defendant David Ronald Chandler filed cs (Former Employee) (Entered: 08/09/1995) |
| 08/14/1995 | 389 | | ORDER ( by Judge James H. Hancock ) denying motion for reconsideration and/or clarification by defendant David Ronald Chandler [386–1] filed cm (Former Employee) (Entered: 08/14/1995) |
| 08/15/1995 | 390 | | ORDER ( by Judge James H. Hancock ) denying motion for order by defendant David Ronald Chandler [373–1] filed under seal (Former Employee) (Entered: 08/15/1995) |
| 08/15/1995 | 391 | | SCHEDULING ORDER ( by Magistrate–Judge T M. Putnam ) that after 7/28/95 status &scheduling conference, the following orders are entered &deadlines established: 1) PLEADINGS: Except as may relate to claims of ineffective assistance of appellate counsel, petitioner has completed amending his motion for new trial &motion to vacate, &all claims for relief (except as to ineffective assistance of appellate counsel) are now before the court; the respondent govt shall file a complete answer to the amended motion for new trial &motion to vacate by NLT Friday, 9/8/95 serving a copy of the same on counsel for petitioner; in the event petitioner files additional amended claims of ineffective assistance of appellate counsel, the govt shall file an answer to such amended claims within 14 days after the date of service; the answer filed by the govt shall address all claims on both procedural &substantive grounds; 2) STATEMENTS ON NECESSITY OF HEARING: By NLT Friday 10/6/95, the parties shall file a joint statement setting forth (1) an identification of those claims on which they agree there is |

| | | | |
|---|---|---|---|
| | | | a need for an evidentiary hearing, (2) an identification of those claims on which the parties agree that there is NO need for any evidentiary hrg &which may be submitted to the court for decision as a matter of law; simultaneously, the parties shall file separate statements w/respect to those claims on which they cannot agree as to the need for an evidentiary hrg, identifying in their respective statements those claims each respective party believes requires an evidentiary hrg &explaining briefly why a hrg is necessary; based on the statements filed by the parties, the court will determine which issues &claims require an evidentiary hrg; an order will be entered shortly after the filing of the statements, delineating the issues &claims that will be set for hrg &taking the remaining issues &claims under consideration for decision as a matter of law; (3) DISCOVERY shall proceed only w/leave of court; which the parties may conduct such investigation as they deem appropriate, formal discovery must be approved by the court upon a showing of need &good cause; such discovery as may be allowed must be commenced in order to be completed by NLT Friday 11/17/95; (4) HEARING–a specific hearing date will be scheduled after the pleadings are settled &the parties have filed the statements required hereinabove, but the parties are advised to be prepared for a hearing in early December; the Court will have the dft/movant transported to the hearing; in the event dft/movant wishes to call as a witness any person then then in custody serving a sentence, he must notify the court by NLT Friday, 11/17/95 of the witness's identity, place of incarceration, &expected testimony; if the court determines that the witness is material to the issues at the hrg a writ AT will be issued to have him or her brought to the hrg; by NLT Friday, 12/1/95 the parties are required to exchange lists of witnesses &exhibits that may be called or used at the hrg; witnesses &exhibits used solely for purposes of impeachment or rebuttal need not be listed filed–cm cm (Former Employee) (Entered: 08/16/1995) |
| 08/15/1995 | 392 | | ORDER ( by Judge James H. Hancock ) regarding atty's conflict of interest that within 14 days after the entry of this order, ddft shall file w/clerk a copy of the Waiver executed under oath or penalty of perjury; that within that same time (14 days) atty Martin shall certify as an officer of the court that HE personally has consulted w/dft Chandler about all possible claims grounded on ineffective assistance of appellate counsel &that he, in his professional judgment, has determined which such claims can be presented at this time &that any others that might be arguable are waived; with respect to those claims determined by Mr. Martin to be available now, it is ORDERED that the Petition for Writ of Habeas Corpus shall be amended to state such claims within 21 days after the entry of this order; claims not added by amendment within the time allowed by this order will be deemed fully &knowingly waived filed cm (Former Employee) (Entered: 08/16/1995) |
| 08/17/1995 | 393 | | RESPONSE to amendments to motion to vacate of dft David Ronald Chandler by plaintiff USA filed cs dl JHH (Former Employee) (Entered: 08/17/1995) |
| 08/29/1995 | 394 | | MOTION for enlargement of time to file waiver of conflict by defendant David Ronald Chandler filed cs dl SLB for JHH (Former Employee) Modified on 08/29/1995 (Entered: 08/29/1995) |

| 08/29/1995 | | | 394 – ORDER ( by Judge Sharon L. Blackburn for Judge James H. Hancock ) granting motion for enlargement of time to file waiver of conflict by defendant David Ronald Chandler [394–1] cm (Former Employee) (Entered: 08/29/1995) |
|---|---|---|---|
| 08/31/1995 | | | Docket Modification (Utility) terminating motion (dft pro se) for documents by defendant Charles Ray Jarrell Sr [388–1]; letter of dft returned with no action by Magistrate Judge Putnam (Former Employee) (Entered: 08/31/1995) |
| 09/05/1995 | 395 | | SECOND AMENDMENT to MOTION to vacate the dft's convictions &sentences &for a new trial under 28:2255 &Rule 33 of FRCrP by defendant David Ronald Chandler filed cs–dl JHH (Former Employee) Modified on 01/02/1996 (Entered: 09/05/1995) |
| 09/05/1995 | 396 | | WAIVER of conflict by defendant David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 09/05/1995) |
| 09/05/1995 | 397 | | CERTIFICATE of counsel pursuan to 8/15/95 as to defendant David Ronald Chandler–filed–cs–dl JHH (Former Employee) (Entered: 09/05/1995) |
| 09/15/1995 | 398 | | RESPONSE by plaintiff USA regarding second amendment to motion to vacate &for a new trial under 28 USC 2255 &R33 of Fed R Crim P by dft David Ronald Chandler [395–1] filed cs dl JHH (Former Employee) Modified on 09/18/1995 (Entered: 09/18/1995) |
| 09/22/1995 | 399 | | NOTICE/STATEMENT of necessity of hearing pursuant to USMJ order entered 8/15/95 by defendant David Ronald Chandler filed cs–dl JHH/TMP (Former Employee) (Entered: 09/22/1995) |
| 10/05/1995 | 400 | | STIPULATION regarding issues which can be resolved without the taking of additional evidence as to David Ronald Chandler by both parties filed cs (Former Employee) (Entered: 10/05/1995) |
| 10/05/1995 | 401 | | STIPULATION by both parties as to dft David Ronald Chandler regarding claims raised in Section III(0) of the dft's second amended motion to vacate the dft's convictions &sentences &for a new trial un 28:2255 &Rule 33 of FRCrP filed cs–dl JHH (Former Employee) Modified on 10/05/1995 (Entered: 10/05/1995) |
| 10/05/1995 | 402 | | STIPULATION by both parties as to dft David Ronald Chandler regarding issues which require the taking of additional evidence filed cs (Former Employee) Modified on 10/10/1995 (Entered: 10/05/1995) |
| 10/10/1995 | 403 | | SECOND AMENDED MOTION to vacate the dft's convictions &sentences &for a new trial under 28:2255 &Rule 33 of FRCrP by defendant David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 10/10/1995) |
| 10/10/1995 | 404 | | STATEMENT of dft regarding issues which the dft believes require the taking of additional evidence but which dft believes require the taking of additional evidence but which the govt disagrees by defendant David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 10/10/1995) |
| 10/10/1995 | 405 | | CERTIFICATE of service as to defendant David Ronald Chandler of docs #403,#404 (Former Employee) (Entered: 10/10/1995) |

| Date | No. | | Description |
|---|---|---|---|
| 10/10/1995 | 406 | | NOTICE as to defendant David Ronald Chandler of change of employment/address of PRO BONO atty, Natasha Zalkin c/o John R. Martin filed (Former Employee) (Entered: 10/10/1995) |
| 10/12/1995 | 407 | | ORDER ( by Judge James H. Hancock ) that as to 9/22/95 submission of govt, the 3 stipulations filed by counsel for parties on 10/5/95 &10/10/95 submission of dft pursuant to Para 2 of 8/15/95 scheduling order, 10/10/95 Second Amended Motion under 28:2255 &R 33 of FRCrP that the court will receive the testimony of L. Drew Redden &other witnesses whose testimony is relevant &appropriate on the above four issues stated in order at a hearing to begin 9:00 a.m. on Tuesday, October 31, 1995 &counsel for dft should forthwith communicate w/Redden regarding such scheduled hearing &make arrangements for him to be present; counsel for dft is also responsible for the presence of any other witness on such four issues; all issues raised under Part III, beginning at Subpart D &continuing through Subpart O of 10/10/95 Amended Motion, will be deemed submitted to the court for decision, without oral argument as of 1/26/96 on briefs filed in accordance w/following schedule: 1) 11/13/95 dft's brief; 2) 12/14/95 govt's brief; 3) 1/4/96 dft's reply; 4) 1/25/96 govt's reply; as to any person whose testimony dft would like to present w/regard to any issue not resolved by 7/25/95 order which issue is embraced in Part III, subparts A–C of 10/10/95 Second Amended Motion, counsel for dft shall by 12/14/95 file a written offer of the substance of testimony counsel would expect the witness to give should the witness be called to testify regarding any such issue; by 1/4/96 counsel for govt shall file statement identifying the ortions of the proffered testimony which, for the sole purpose of resolving the pending motion, counsel for govt is willing to concede; the court will thereafter set a hearing to receive such portions, if determines may be appropriate–filed–cm (Former Employee) (Entered: 10/12/1995) |
| 10/17/1995 | 408 | | ORDER ( by Judge James H. Hancock ) ; Hearing set for Tues 10/31/95 is RESCHEDULED for 9:00 a.m. Mon. 11/6/95 for David Ronald Chandler filed cm (Former Employee) (Entered: 10/17/1995) |
| 10/23/1995 | 409 | | ORDER ( by Judge James H. Hancock ), ; The court will receive testimony beginning at 9:00 a.m. Tues. as to all witnesses except Drew Redden 10/31/95 and will issue a subsequent order concerning a hrg to receive the testimony of Drew Redden for David Ronald Chandler filed cm (Former Employee) (Entered: 10/23/1995) |
| 10/24/1995 | 410 | | MOTION for order by defendant David Ronald Chandler filed under seal no cs dl TMP (Former Employee) (Entered: 10/25/1995) |
| 10/24/1995 | 411 | | MOTION for order by defendant David Ronald Chandler filed under seal no cs dl TMP (Former Employee) (Entered: 10/25/1995) |
| 10/24/1995 | | | 410 – ORDER ( by Magistrate–Judge T M. Putnam ) granting motion for order by defendant David Ronald Chandler [410–1] under seal cm (Former Employee) (Entered: 10/25/1995) |
| 10/24/1995 | | | 411 – ORDER ( by Magistrate–Judge T M. Putnam ) granting motion for order by defendant David Ronald Chandler [411–1] under seal cm (Former Employee) (Entered: 10/25/1995) |
| 10/24/1995 | 412 | | |

| | | | |
|---|---|---|---|
| | | | ORDER ( by Magistrate–Judge T M. Putnam ) as to David Ronald Chandler filed under seal cm (Former Employee) (Entered: 10/25/1995) |
| 10/24/1995 | 413 | | ORDER ( by Magistrate–Judge T M. Putnam ) as to David Ronald Chandler filed under seal cm (Former Employee) (Entered: 10/25/1995) |
| 10/24/1995 | 414 | | ORDER ( by Magistrate–Judge T M. Putnam ) as to David Ronald Chandler filed under seal cm (Former Employee) (Entered: 10/25/1995) |
| 10/24/1995 | 415 | | ORDER ( by Magistrate–Judge T M. Putnam ) as to David Ronald Chandler filed under seal cm (Former Employee) (Entered: 10/25/1995) |
| 10/24/1995 | 416 | | ORDER ( by Magistrate–Judge T M. Putnam ) as to David Ronald Chandler filed under seal cm (Former Employee) (Entered: 10/25/1995) |
| 10/24/1995 | 417 | | ORDER ( by Magistrate–Judge T M. Putnam ) as to David Ronald Chandler filed under seal cm (Former Employee) (Entered: 10/25/1995) |
| 10/24/1995 | 418 | | ORDER ( by Magistrate–Judge T M. Putnam ) as to David Ronald Chandler filed under seal cm (Former Employee) (Entered: 10/25/1995) |
| 10/24/1995 | 419 | | ORDER ( by Magistrate–Judge T M. Putnam ) as to David Ronald Chandler filed under seal cm (Former Employee) (Entered: 10/25/1995) |
| 10/24/1995 | 420 | | ORDER ( by Magistrate–Judge T M. Putnam ) as to David Ronald Chandler filed under seal cm (Former Employee) (Entered: 10/25/1995) |
| 10/24/1995 | 421 | | ORDER ( by Magistrate–Judge T M. Putnam ) as to David Ronald Chandler filed under seal cm (Former Employee) (Entered: 10/25/1995) |
| 10/24/1995 | 422 | | ORDER ( by Magistrate–Judge T M. Putnam ) as to David Ronald Chandler filed under seal cm (Former Employee) (Entered: 10/25/1995) |
| 10/24/1995 | 423 | | ORDER ( by Magistrate–Judge T M. Putnam ) as to David Ronald Chandler filed under seal cm (Former Employee) (Entered: 10/25/1995) |
| 10/24/1995 | 424 | | ORDER ( by Magistrate–Judge T M. Putnam ) as to David Ronald Chandler filed under seal cm (Former Employee) (Entered: 10/25/1995) |
| 10/26/1995 | 425 | | WRIT AP as to David Ronald Chandler ret 10/31/95 at 9:00 a.m. for hrg issued per oral order of Hon James H Hancock del USM (Former Employee) Modified on 10/26/1995 (Entered: 10/26/1995) |
| 10/26/1995 | 426 | | ORDER ( by Judge James H. Hancock ) ; as the 10/23/95 order indicates, the court has had to bifurcate the evidentiary hearing originally set by its 10/11/95 order; the evidentiary hearing w/regard to all witnesses other than Drew Redden remains scheduled for 9:00 a.m. on Tuesday, 10/31/95; the evidentiary hearing w/regard to the testimony of Drew Redden is now scheduled for 8:30 a.m. on Friday 11/3/95 for David Ronald Chandler filed cm (Former Employee) (Entered: 10/26/1995) |
| 10/27/1995 | 427 | | MOTION for presence of dft at evidentiary hearing by defendant David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 10/27/1995) |
| 10/27/1995 | 428 | | MOTION by miscellaneous party AL Dept Human Resour for protective order re:subpoenaes filed cs (Former Employee) (Entered: 10/30/1995) |
| 10/31/1995 | 429 | | |

| | | | |
|---|---|---|---|
| | | | EX PARTE MOTION for order by defendant David Ronald Chandler filed under seal no cs dl TMP (Former Employee) (Entered: 10/31/1995) |
| 10/31/1995 | | | 429 – ORDER ( by Magistrate–Judge T M. Putnam ) granting motion for order by defendant David Ronald Chandler [429–1] cm (Former Employee) (Entered: 10/31/1995) |
| 10/31/1995 | | | 427 – ORDER ( by Judge James H. Hancock ) granting motion for presence of dft at evidentiary hearing by defendant David Ronald Chandler [427–1] cm (Former Employee) (Entered: 11/01/1995) |
| 10/31/1995 | | | COURTROOM NOTES (before Judge James H. Hancock): in–court hearing began on 10/31/95 on issues outlined in court's order of 10/11/95 [DOC 407] – CrtRptr Margo Ellison (KAK) (Entered: 11/01/1995) |
| 11/01/1995 | | | COURTROOM NOTES (before Judge James H. Hancock): Hearing continued – CrtRptr Margo Ellison (KAK) (Entered: 11/01/1995) |
| 11/03/1995 | | | COURTROOM NOTES (before Judge James H. Hancock): Hearing continued – motion of DHR for protective order [DOC 428] – GRANTED orally – written order to be entered – taken under submission – written order to be entered by the court – CrtRptr Margo Ellison (KAK) (Entered: 11/03/1995) |
| 11/03/1995 | 430 | | ORDER ( by Judge James H. Hancock ) granting motion for protective order re:subpoenaes [428–1]; GRANTED to the extent that the AL Dept of Human Resources is directed proptly to submit directly to the court for IN CAMERA review, any of the records described in the subpoena which might bear on the issue of whether Raymond Pointer suffered from a mental condition prior to April of 1991 filed cm (Former Employee) Modified on 11/07/1995 (Entered: 11/03/1995) |
| 11/03/1995 | 431 | | ORDER ( by Judge James H. Hancock ) that briefing schedule set forth in 10/11/95 order is changed to read as follows: 1) 11/27/95 dft's brief (not to exceed 55 pages); 2) 12/29/95 govt's brief (not to exceed 50 pages); 3) 1/18/96 govt's reply (not to exceed 25 pages); 4) 2/8/96 govt's reply (not to exceed 25 pages) &the dated for the proffer &response to the proffer of evidence set forth therein are changed from 12/14/95 &1/4/96 to 12/29/95 &1/18/95, respectively – filed cm (Former Employee) (Entered: 11/03/1995) |
| 11/03/1995 | 432 | | RESPONSE to court's order regarding court's regarding statements of Donna Reaves &Geraldine Hancock a/k/a Geraldine Nail by plaintiff USA filed cs–dl JHH (Former Employee) (Entered: 11/03/1995) |
| 11/06/1995 | 433 | | TRANSCRIPT (ME) of evidentiary hrg as to David Ronald Chandler on 10/31/95, 11/01/95 &11/03/95 before Hon James H Hancock (2 Volumes) CrtRptr Margo T Ellison filed (Former Employee) (Entered: 11/14/1995) |
| 11/20/1995 | 434 | | MOTION for add'l day to file brief by defendant David Ronald Chandler filed cs dl JHH (Former Employee) (Entered: 11/20/1995) |
| 11/20/1995 | | | 434 – ORDER ( by Judge James H. Hancock ) granting motion for add'l day to file brief by defendant David Ronald Chandler [434–1] cm (Former Employee) (Entered: 11/20/1995) |
| 11/21/1995 | 435 | | |

| | | | |
|---|---|---|---|
| | | | ORDER ( by Judge James H. Hancock ) – The court has this date rec'd from the Ala Dept of Human Resources for in camera review the records referred to in the court's order of Nov 3, 1995 [30–1]. filed cm (Former Employee) (Entered: 11/22/1995) |
| 11/28/1995 | 436 | | ORDER ( by Judge James H. Hancock ) – Pursuant to proeedings conducted in open court on Oct 31 &Nov 3, 1995, &the order entered Nov 3, 1995, the court has now reviewed in camera the documents submitted to it by the Ala Dept of Human Resources. The records do not contain, either singularly or in combination, evidence or information indicating that Raymond Pointer suffered from a mental condition prior to Apr of 1991, which was the focus of the court's inquiry. The Oct 27 1995 motion for a protective order is GRANTED to the extent that the documents reviewed by the court will not be provided to counsel for dft. Such documents shall remain under seal as an exhibit to this order and a copy of this order is to be placed on the package of documents thus sealed. filed cm (Former Employee) (Entered: 11/28/1995) |
| 11/28/1995 | 437 | | BRIEF by defendant David Ronald Chandler regarding second amended motion to vacate [403–1] filed cs dl JHH (Former Employee) (Entered: 11/29/1995) |
| 12/29/1995 | 438 | | PROFFER (RESPONSE) of evidence as to the claims set forth in part III(A),(B)of the dft's SECOND amended motion to vacate the dft's convictions &sentences &for a new trial under 28:2255 &Rule 33 of FRCrP by defendant David Ronald Chandler regarding [395–1] filed in BINDER–dl JHH/TMP (Former Employee) Modified on 01/02/1996 (Entered: 01/02/1996) |
| 12/29/1995 | 439 | | IN CAMERA PROFFER (RESPONSE) of evidence as to the claims set forth in the i ncamera supplement to the dft's SECOND Amended Motion to vacated the dft's convictions &sentences &for a new trial under 28:22 &Rule 33 of FRCrP as to David Ronald Chandler regarding [395–1] filed–cm JHH/TMP (Former Employee) (Entered: 01/02/1996) |
| 12/29/1995 | 440 | | CERTIFICATE of service by atty as to defendant David Ronald Chandler of docs #438,#439 (Former Employee) (Entered: 01/02/1996) |
| 12/29/1995 | 441 | | RESPONSE by plaintiff USA to dft's Brief in Support of Issues Raised in Parts III(D)–III(O) of dft's Second Amended Motion to Vacate dft's Sentences &Convictions &for a New Trial under 28:2255 &Rule 33 of the FRCrP–filed–dl JHH (Former Employee) (Entered: 01/02/1996) |
| 01/18/1996 | 442 | | THIRD AMENDMENT TO MOTION to vacate dft's convictions and sentences and for a new trial under 28 USC 2255 and Rule 33 of the Fed R Crim P by defendant David Ronald Chandler filed cs dl JHH (Former Employee) (Entered: 01/19/1996) |
| 01/18/1996 | 443 | | MOTION to expedite discovery regarding documents relating to any evid in the govt's possession connecting Billy Jo Jarrell to the murder of Marlin Shuler by defendant David Ronald Chandler filed cs dl JHH (Former Employee) (Entered: 01/19/1996) |
| 01/18/1996 | 444 | | PROFFER of evidence for the record as to the claims set forth in Parts III(D) thru III(O) of the dft's second amended motion to vacate dft's convictions |

| | | | |
|---|---|---|---|
| | | | &sentences and for a new trial under 28 USC 2255 &Rule 33 of the Fed R Crim P by defendant David Ronald Chandler filed cs dl JHH (Former Employee) Modified on 01/19/1996 (Entered: 01/19/1996) |
| 01/18/1996 | 445 | | RESPONSE by defendant David Ronald Chandler regarding govt's response [441−1] to dft's brief in support of the issues raised in Parts III(D) thru III(O) of dft's 2nd amended motion to vacate dft's convictions &sentences and for a new trial under 28 USC 2255 and Rule 33 of the Fed R Crim P filed cs dl JHH (Former Employee) (Entered: 01/19/1996) |
| 01/19/1996 | 446 | | RESPONSE by plaintiff USA regarding In Camera Proffer by dft David Ronald Chandler [439−1] filed cs dl JHH (Former Employee) (Entered: 01/19/1996) |
| 01/19/1996 | 447 | | RESPONSE by plaintiff USA regarding dft David Ronald Chandler's proffer of evidence [438−1] filed cs dl JHH (Former Employee) (Entered: 01/19/1996) |
| 02/06/1996 | 448 | | RESPONSE to dft's request for expedited discovery regarding Billy Jo Jarrell by plaintiff USA filed cs−dl JHH (Former Employee) (Entered: 02/07/1996) |
| 02/06/1996 | 449 | | FINAL RESPONSE by plaintiff USA to dft's brief &reply in support of issues raised in Parts III(D) through III(O), the dft's second amended motion vacate, the dft's convictions &sentences &for a new trial under 28:2855 &Rule 33 of FRCrP−filed cs−dl JHH (Former Employee) (Entered: 02/07/1996) |
| 03/27/1996 | 450 | | SUPPLEMENTAL PROFFER of evidence &submissiton of new authority by defendant David Ronald Chandler filed cs−dl JHH (Former Employee) (Entered: 03/27/1996) |
| 05/20/1996 | 451 | | CERTIFICATE (CrtRptr Karla S. Johnson) tape and notes of sentencing on 04/25/91 before JHH of Waylon Motes, Charles Jarrell, Sr., and Eddie Chandler (KWC) (Entered: 05/20/1996) |
| 10/31/1996 | 452 | | Motion of petitioner CHARLES RAY JARRELL SR to vacate, set aside or correct federal sentence pursuant to 28 U.S.C. 2255 filed−cs [CV−96−H−8076−E, but PLEASE SEE CRIMINAL CASE FOR ALL CASE INFORMATION.] (Former Employee) Modified on 11/01/1996 (Entered: 11/01/1996) |
| 11/14/1996 | 454 | | ORDER that for reasons set out, the 28:2255 motion of Charles Ray Jarrell Sr is DENIED (CV−96−H−8076−E) [452−1] filed (by Judge James H. Hancock) cm (Former Employee) (Entered: 11/14/1996) |
| 11/26/1996 | | | 455 − ORDER finding the motion to dismiss 28:2255 (CV 96−H−8076−E) [455−1] moot ( by Judge James H. Hancock ) entered cm (Former Employee) (Entered: 11/26/1996) |
| 12/17/1996 | 456 | | ORDER REGARDING CLAIMS SET FORTH IN SECTIONS III A, III B, AND III C OF DFT'S MOTION TO VACATE AND FOR A NEW TRIAL as to David Ronald Chandler ( by Judge James H. Hancock ) ORDERED, ADJUDGED &DECREED that the claims listed in paragraph (1) of the Conclusion of the order are DENIED to the extent indicated. (2) Claims III B 5 g and III B 6 a in the motion to vacate are DENIED. However, the Court |

| | | | |
|---|---|---|---|
| | | | will reconsider these claims if, within fifteen days from the date of this Order, dft amends his proffer of evidence to specify which law enforcement officials Joe Barnwell &David Fortenberry gave statements to regarding the issues raised in these two claims. (3) ORDERED that section III C 7 of dft's March 20, 1995 motion to vacate [Doc # 329], which is currently filed under seal, is UNSEALED. (4) ORDERED that the Court GRANTS permission for dft to conduct discovery in the areas listed in order. (5) Except to the extent that permission has been granted for discovery, dft's April 6, 1995 motion for discovery [338–1], May 11, 1995 motion to expedite certain discovery [353–1], and January 18, 1996 motion to expedite discovery [443–1] are DENIED. It is further ORDERED that all discovery by dft must be completed by Jan 31, 1997, and that dft, when he makes discovery requests to the gov't, shall also provide a list of documents already in dft's possession that fit within the discovery requested. The gov't shall not be required to produce documents already in dft's possession. (6) an evidentiary hrg is SET for Feb 10, 1997 at 9:00 a.m. for David Ronald Chandler Dft will be permitted to introduce evidence relating to claims and call witnesses as set forth in the order. filed cm (Former Employee) (Entered: 12/17/1996) |
| 12/17/1996 | 457 | | ORDER DENYING CLAIMS III D THROUGH III O OF DFT'S MOTION TO VACATE AND FOR A NEW TRIAL, INCLUDING FINDINGS OF FACT AND CONCLUSIONS OF LAW ASSOCIATED WITH EVIDENTIARY HEARINGS HELD OCT 31, NOVE 1 &NOV 3, 1995 as to David Ronald Chandler ( by Judge James H. Hancock ) filed cm (Former Employee) (Entered: 12/17/1996) |
| 12/17/1996 | 458 | | ORDER SETTING EVIDENTIARY HRG as to David Ronald Chandler ( by Judge James H. Hancock ), ; In a separate Order the Court has denied most of the claims contained in sections III A through III C of Chandler's sec 2255 petition. That same Order reserved some issues for an evidentiary hrg, which hearing is set for Monday, February 10, 1997 at 9:00 a.m. in Crtrm 6B. This order, for the convenience of the Court and parties, reiterates the claims that the hrg is to address and specifies the witnesses that Chandler will be permitted to present. In addition, with respect to each witness, the Court has outlined the substance of the testimony that Chandler will be permitted to elicit from that witness. If Chandler wishes to object to any error or omission in this Order, or wishes to call witnesses not specified in this Order to give substantive testimony, Chandler may make a definitive motion to amend this Order by Jan 6, 1997, which motion must also contain a detailed proffer if Chandler wishes to call an add'l witness or expand beyond the indicated limits for an existing witness. The AUSA should arrange to have Chandler, Charles Ray Jarrell Sr, and Bobby J Steed present for the hearing. The US Attorney should also arrange to have any other of the named witnesses present for the hearing if they are in the custody of the United States or the State of Alabama and counsel for Chandler notifies the Assistant United States Attorney in writing by Jan 13, 1997 of such fact and the facility where such person is incarcerated. filed cm (Former Employee) (Entered: 12/17/1996) |
| 01/02/1997 | 459 | | SUBMISSION regarding law enforcement officials to whom statement was given by defendant David Ronald Chandler filed cs dl JHH (Former Employee) (Entered: 01/02/1997) |

| 01/06/1997 | 460 | | PRELIMINARY MOTION to amend and objections to court's order setting evidentiary hrg dtd Dec 17, 1996 and explicit non–waiver of rights by defendant David Ronald Chandler filed cs dl JHH (Former Employee) (Entered: 01/06/1997) |
| --- | --- | --- | --- |
| 01/06/1997 | 461 | | MOTION for enlargement of time to respond fully to order setting evidentiary hrg by defendant David Ronald Chandler filed cs dl JHH (Former Employee) (Entered: 01/06/1997) |
| 01/06/1997 | 462 | | MOTION for gov't witness list &statement of summary of evidence to be presented by gov't witnesses by defendant David Ronald Chandler filed cs dl JHH (Former Employee) (Entered: 01/06/1997) |
| 01/06/1997 | 463 | | ORDER ( by Judge James H. Hancock ) denying motion for enlargement of time to respond fully to order setting evidentiary hrg by defendant David Ronald Chandler [461–1] EXCEPT to the extent that the "Order Regarding Claims III B 5 g and III B 6 a" entered today gives Chandler add'l time to respond with regard to those two claims. filed cm (Former Employee) (Entered: 01/06/1997) |
| 01/06/1997 | 464 | | ORDER REGARDING CLAIMS III B 5 g AND III B 6 a( by Judge James H. Hancock ) that the Dec 17, 1996 "Order Regarding Claims Set Forth in Sections II A, III B, and III C" is AMENDED to strike the denial of claim III B 5 g. It is further ORDERED that claim III B 5 g is added to the evidentiary hearing to begin at 9:00 a.m. on Feb 10, 1997, as described in the Dec 17, 1996 "Order Setting Evidentiary Hrg." With respect to claim III B 5 g Chandler may present testimony as set out in order. ORDERED that Chandler is GRANTED permission to discover, through requests for document production or subpoena, all records of statements given by Joe Barnwell that (1) were given to the Calhoun Co Sheriff's Dept or the ABI; and (2) relate to the disappearance of Jeff McFry. This discovery must be completed by Feb 7, 1997. The Court ORDERS that the Dec 17, 1996 "Order Regarding Claims Set Forth in sections II A, III B, and III C" is AMENDED to strike the denial of claim III B 6 a. It is further ORDERED that claim III B 6 a is added to the evidentiary hrg to begin at 9:00 a.m. on Feb 10, 1997. With respect to claim III B 6 a, Chandler may present testimony as set out in order. It is ORDERED that Chandler is GRANTED permission to discover, through requests for document production or subpoenas, all reords of statements given by David Fortenberry that (1) were given to the Calhoun Co Sheriff's Dept or the Piedmont Police Dept; and (2) relate to the disappearance of Patrick Burroughs. This discovery must be completed by Feb 7, 1997. All of the eadlines and general rules set forth in the Dec 17, 1996 "Order Setting Evidentiary Hrg" will also apply to claims III B 5 g and III B 6 a, except that a motion to amend the testimony Chandler will be allowed to present so as to include testimony relevant to these two claims must be made by Jan 10, 1997. filed cm (Former Employee) (Entered: 01/06/1997) |
| 01/07/1997 | 465 | | ORDER ( by Judge James H. Hancock ) Granting in Part Motion for Gov't Witness List by defendant David Ronald Chandler [462–1] – As part of the Dec 17, 1996 "Order Setting Evidentiary Hrg" the Court listed the witnesses that Chandler would be allowed to present at the hrg &also enumerated the substance of the testimony that Chandler would be permitted to elicit from |

| | | | |
|---|---|---|---|
| | | | each witness, leaving the gov't free to present whatever evidence it desired in response. Chandler, on Jan 6, 1997, filed a motion asking the Court to require the gov't to produce a list of its witnesses and their expected testimony. It is ORDERED that by Jan 20, 1997, the gov't must FILE AND SERVE a list of the witnesses it expects to present with respect to each claim, designating the claims as to which each witness will testify. Like Chandler's witness list, the govt's list will be binding, and the Court will allow add'l witnesses to be called by the gov't only on a showing of good cause. The Court expressly declines to order the gov't to detail the testimony expected from each of its witnesses. Thus, Chandler's Jan 6, 1997 motion for gov't witness list is GRANTED IN PART and DENIED IN PART. filed cm (Former Employee) (Entered: 01/07/1997) |
| 01/07/1997 | | | APPEARANCE for plaintiff USA by Attorney US Marshal, US Probation filed (KWC) (Entered: 01/07/1997) |
| 01/07/1997 | 466 | | ORDER ( by Judge James H. Hancock ) Granting in Part Motion to Amend the Dec 17, 1996 "Order Setting Evidentiary Hrg" by defendant David Ronald Chandler [460–1] – ORDERED that the Dec 17, 1996 "Order Setting Evidentiary Hrg" is AMENDED as follows: (1) the sixth para on p 4 of the Order and the first two paragraphs on p 8 of the Order are amended to read as set out in order. To the extent Chandler's motion sought the amendments to the Dec 17, 1996 Order just described, it is GRANTED. To the extent not granted by the making of these two amendments, Chandler's Jan 6, 1997 motion to amend the Court's order is OVERRULED WITHOUT PREJUDICE. filed cm (Former Employee) (Entered: 01/07/1997) |
| 01/14/1997 | 467 | | EX PARTE MOTION for order by defendant David Ronald Chandler filed under seal dl TMP (Former Employee) (Entered: 01/14/1997) |
| 01/14/1997 | | | 467 – ORDER ( by Magistrate–Judge T M. Putnam ) granting motion for order by defendant David Ronald Chandler [467–1] – GRANTED pursuant to F.R.Crim.P. 17(b) &(c) cm (Former Employee) (Entered: 01/15/1997) |
| 01/21/1997 | 468 | | WITNESS LIST by plaintiff USA filed cs dl JHH (Former Employee) (Entered: 01/22/1997) |
| 01/22/1997 | 469 | | WRIT AT as to Jeffrey Roberts, Donaldson CF, to appear on behalf of USA at hrg on Feb 10, 1997 at 9:00 a.m. issued del USM (Former Employee) (Entered: 01/22/1997) |
| 01/24/1997 | 470 | | REQUEST by defendant David Ronald Chandler for production of documents by USA pursuant to order of Dec 17, 1996. filed cs dl JHH (Former Employee) (Entered: 01/24/1997) |
| 01/30/1997 | 471 | | WRIT AT for Jeff Roberts, Staton Correctional Facility, Elmore AL, for hrg 2/10/97 at 9:00 a.m. issued del USM (Former Employee) (Entered: 01/30/1997) |
| 02/05/1997 | 472 | | EX PARTE MOTION for issuance of 17b subpoenas duces tecum by defendant David Ronald Chandler filed–dl TMP (Former Employee) (Entered: 02/05/1997) |
| 02/05/1997 | 473 | | MOTION to take deposition or in the alternative to receive evidence by way of affidavit by defendant David Ronald Chandler filed–dl TMP (Former |

| | | | |
|---|---|---|---|
| | | | Employee) (Entered: 02/05/1997) |
| 02/05/1997 | 474 | | ORDER ( by Magistrate–Judge T M. Putnam ) granting motion for issuance of 17b subpoenas duces tecum by defendant David Ronald Chandler [472–1] granting motion to take deposition or in the alternative to receive evidence by way of affidavit by defendant David Ronald Chandler [473–1] filed cm–subpoenas issd–dl atty, Martin to exec (Former Employee) (Entered: 02/05/1997) |
| 02/06/1997 | 476 | | 475 – ORDER ( by Judge James H. Hancock ) granting motion for attorney Kenneth W Revell, 3914 Dolphin Drive, Panama City Beach, FL 32408, (904) 230–0629, to appear pro hac vice [475–1] for movant Bobby J Steed cm (Former Employee) (Entered: 02/07/1997) |
| 02/10/1997 | 477 | | TRANSCRIPT of sentencing on 04/25/91 as to Charles R Jarrell, Sr. before JHH; CrtRptr Karla Johnson; 1 vol = 10 pages; filed (KWC) (Entered: 02/10/1997) |
| 02/10/1997 | 478 | | RESPONSE by USA to court order of 2/5/97 [474–1] with exhibits attached filed no cs (KAK) (Entered: 02/10/1997) |
| 02/10/1997 | | | COURTROOM NOTES (before Judge James H. Hancock): in–court hearing held on 2/10/97 as to David Ronald Chandler – order (oral) unsealing government's response 478 to 2/5/97 court order 474 – CrtRptr Penny Lankford (KAK) (Entered: 02/21/1997) |
| 02/11/1997 | | | COURTROOM NOTES (before Judge James H. Hancock): evidentiary hearing resumed – simultaneous briefs by 2/28/97 – simultaneous reply briefs by 3/10/97 – CrtRptr Penny Lankford (KAK) (Entered: 02/11/1997) |
| 02/11/1997 | 479 | | MOTION for 17b duces tecum subpoenas by defendant David Ronald Chandler filed–dl JHH (Former Employee) (Entered: 02/11/1997) |
| 02/11/1997 | | | 479 – ORDER ( ORALLY by Judge James H. Hancock ) granting motion for 17b duces tecum subpoenas by defendant David Ronald Chandler [479–1]; subpoenas issd–dl USM cm (Former Employee) Modified on 02/11/1997 (Entered: 02/11/1997) |
| 02/12/1997 | | | COURTROOM NOTES (before Judge James H. Hancock): evidentiary hearing resumed – parties to take depositions of additional witnesses and inform the court whether a supplemental evidentiary hearing will be necessary – if so, it will be held 9:00 2/21/97 – CrtRptr Penny Lankford (KAK) (Entered: 02/12/1997) |
| 02/18/1997 | 480 | | DEPOSITION of Joseph B Barnett on 02/12/97, taken on behalf of: dft David Ronald Chandler by John R Martin, Atty; filed (KWC) (Entered: 02/18/1997) |
| 02/18/1997 | 481 | | DEPOSITION of Inez McDonald on 02/12/97, taken on behalf of: dft David Ronald Chandler by John R Martin, Atty; filed (KWC) (Entered: 02/18/1997) |
| 02/21/1997 | 482 | | MOTION for supplemental production of documents by defendant David Ronald Chandler filed cs dl JHH (Former Employee) (Entered: 02/21/1997) |
| 02/21/1997 | 483 | | ORDER ( by Judge James H. Hancock ) re David Ronald Chandler – This |

| | | | |
|---|---|---|---|
| | | | court has before it the Feb 21, 1997 motion filed by Chandler seeking a "supplemental production of documents." After reviewing the motion the Court ORDERS that by Feb 25, 1997, the gov't shall either produce the requested documents to Chandler's attys by facsimile transmission or show cause in writing to the Court why it should not be required to produce the documents. If the gov't chooses to produce the documents, Chandler will have until Feb 28, 1997 to submit them as evidence to the Court. filed cm (Former Employee) (Entered: 02/21/1997) |
| 02/21/1997 | | | Docket Modification (Utility) – See Order [483–1] terminating motion for supplemental production of documents by defendant David Ronald Chandler [482–1] (Former Employee) (Entered: 03/20/1997) |
| 02/24/1997 | 484 | | RESPONSE by plaintiff USA regarding order [483–1], regarding dft Donald Ronald Chandler's supplemental motion for production of documents [482–1] filed cs dl JHH (Former Employee) (Entered: 02/24/1997) |
| 02/28/1997 | 485 | | BRIEF in Support of Remaining Claims in Motion to Vacate by defendant David Ronald Chandler filed cs dl JHH (Former Employee) (Entered: 02/28/1997) |
| 03/07/1997 | 486 | | MOTION for enlargement of time in which to file final reply brief by defendant David Ronald Chandler filed cs dl JHH (Former Employee) (Entered: 03/07/1997) |
| 03/07/1997 | 487 | | 486 – ORDER ( by Judge James H. Hancock ) Motion for enlargement of time in which to file final reply brief by defendant David Ronald Chandler [486–1] GRANTED –– but there will be no further extension. cm (Former Employee) (Entered: 03/07/1997) |
| 03/13/1997 | 488 | | DEPOSITION of Scottie Elaine Bagley taken on behalf of: David Ronald Chandler filed (Former Employee) (Entered: 03/13/1997) |
| 03/14/1997 | 489 | | RESPONSE by plaintiff USA regarding dft David Ronald Chandler's brief in support of remaining claims in motion to vacate [485–1] filed cs dl JHH (Former Employee) (Entered: 03/14/1997) |
| 03/14/1997 | 490 | | TRANSCRIPT of hrg on 02/10/97 as to David Ronald Chandler before JHH; CrtRptr Penny C Lankford; 2 vols = 379 pages; filed (KWC) (Entered: 03/17/1997) |
| 03/17/1997 | 491 | | FINAL BRIEF in support of remaining claims in motion to vacate by defendant David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 03/17/1997) |
| 03/17/1997 | 492 | | SUBMISSION of documents received from Atlanta Penitentiary related to Charles Ray jarrell's med condition as to defendant David Ronald Chandler filed cs–dl JHH (Former Employee) (Entered: 03/18/1997) |
| 04/07/1997 | <u>493</u> | | MEMORANDUM OF FINAL DECISION, Including Findings of Fact and Conclusions of Law Regarding Evidentiary Hrg Held Feb 10–12, 1997 filed ( by Judge James H. Hancock ) cm (Former Employee) (Entered: 04/07/1997) |
| 04/07/1997 | <u>494</u> | | ORDER ( by Judge James H. Hancock ) – In accordance with the Memorandum of Decision this day entered, it is ORDERED, ADJUDGED, |

| | | | |
|---|---|---|---|
| | | | and DECREED that all remaining claims asserted in Chandler's Mar 20, 1995 motion to vacate and for a new trial, as amended on July 24, 1995, Sep 5, 1995, &Jan 18, 1996, and as amended by the brief submitted Feb 28, 1997, are DENIED, and a final judgment in favor of the United States is hereby ENTERED with respect to Chandler's motion to vacate and for a new trial as to David Ronald Chandler. filed cm (Former Employee) (Entered: 04/07/1997) |
| 04/17/1997 | 495 | | MOTION for reconsideration of Memorandum of Final Decision as to motion filed pursuant to sec 2255 by defendant David Ronald Chandler filed cs dl JHH (Former Employee) (Entered: 04/17/1997) |
| 04/17/1997 | 496 | | BRIEF by defendant David Ronald Chandler regarding motion for reconsideration [495–1] filed cs dl JHH (Former Employee) (Entered: 04/17/1997) |
| 04/18/1997 | 497 | | ORDER ( by Judge James H. Hancock ) denying motion for reconsideration of Memorandum of Final Decision as to motion filed pursuant to sec 2255 by defendant David Ronald Chandler [495–1] filed cm (Former Employee) (Entered: 04/18/1997) |
| 04/28/1997 | 498 | | NOTICE of appeal by defendant David Ronald Chandler from District Court decision, 28:2255 in CV–95–H–8005–E [494–1]; notice of appeal, order appealed from and court copy of docket entries w/transmittal letter mailed cm (Former Employee) (Entered: 04/29/1997) |
| 04/28/1997 | 499 | | MOTION by petitioner David Ronaald Chandler in 28:2255 to proceed on appeal in forma pauperis with afdt in support att filed cs (Former Employee) (Entered: 04/29/1997) |
| 04/28/1997 | 500 | | 499 – ORDER granting motion in 28:2255 to proceed on appeal in forma pauperis [499–1] (by Judge James H. Hancock) entered cm (Former Employee) (Entered: 04/29/1997) |
| 05/05/1997 | 501 | | ORDER (PARTIAL CERTIFICATE OF APPEALABILITY) that court ISSUES a certificate of appealability for claims as specifically set out in this order; court declines to issue certificate for any other 2255 claim raised by Chandler for reasons in memo opinions of 12/17/96 and 4/7/97 filed (by Judge James H. Hancock) cm (Former Employee) (Entered: 05/05/1997) |
| 05/05/1997 | 502 | | MOTION by defendant David Ronald Chandler for certificate of appealability with incorporated authority filed cs (Former Employee) (Entered: 05/05/1997) |
| 05/06/1997 | 503 | | ORDER that for reasons set out, Chandler's 5/5/97 motion for certificate of appealability, treated as a motion for reconsideration is DENIED [502–1] filed (by Judge James H. Hancock) cm (Former Employee) (Entered: 05/06/1997) |
| 05/14/1997 | 504 | | MOTION by defendant David Ronald Chandler for reconsideration of Certificate of Appealability filed cs (Former Employee) (Entered: 05/14/1997) |
| 05/15/1997 | 505 | | ORDER denying motion for reconsideration of Certificate of Appealability [504–1] as set out in this order filed ( by Judge James H. Hancock ) cm (CJV) (Entered: 05/15/1997) |

| 05/15/1997 | | | NOTIFICATION by Circuit Court of Appellate docket number 97–6365 (CJV) (Entered: 05/15/1997) |
|---|---|---|---|
| 06/10/1997 | 506 | | TRANSCRIPT of in chambers hrg on 04/11/95 (excerpts) as to David Ronald Chandler before TMP; CrtRptr Teresa Roberson; 1 vol = 51 pages; filed cm (KWC) (Entered: 06/10/1997) |
| 06/23/1997 | 507 | | MOTION (Ex Parte) by defendant David Ronald Chandler for appointment of additional counsel of Natasha Zalkin filed cs (Former Employee) (Entered: 06/24/1997) |
| 06/23/1997 | <u>508</u> | | ORDER granting David Ronald Chandler's motion for appointment of additional counsel for 28:2255 appeal; Natasha Zalkin is appointed for purpose of appeal [507–1] filed (by Judge James H. Hancock) cm (Former Employee) Modified on 01/31/2001 (Entered: 06/24/1997) |
| 07/14/1997 | 509 | | CERTIFIED copy of Appellate Court order in David Ronald Chandler's 28:2255, CV 95–H–8005–E): dated 7/11/97 that appellant's motion for order dispensing with requirement for Certificate of Appealability with regard to every issue to be raised on appeal is GRANTED filed (BIRCH) cm (Former Employee) (Entered: 07/15/1997) |
| 07/31/1997 | | | CERTIFICATE of readiness issued cm (Former Employee) (Entered: 07/31/1997) |
| 09/16/1997 | 510 | | CERTIFIED copy of Appellate Court order: re 28:2255 of David Ronald Chandler dated 9/12/97 that appellant's motion for extension of time to file initial brief and record excerpts to and including 10/31/97 is DENIED; appellant's motion to file 100–page brief is DENIED filed (Former Employee) Modified on 01/31/2001 (Entered: 09/17/1997) |
| 11/13/1997 | 511 | | CERTIFIED copy of Appellate Court order: re 28:2255 of David Ronald Chandler dated 11/12/97 that appellants motion for reconsideration of order of 9/12/97 denying motion for enlargement of time to file appellants brief is GRANTED; brief to be filed before 10/31/97 filed [EDMONDSON, BIRCH, BARKETT] cm (Former Employee) Modified on 01/31/2001 (Entered: 11/13/1997) |
| 11/18/1997 | 512 | | CERTIFIED copy of Appellate Court order (97–6365): dated 11/14/97 re 28:2255 [CV 95–H–8005–E] that motion for leave to file appellant's initial brief in excess of page limitations not to exceed 99 pages is DENIED; appellant's brief is due within 15 days of this order filed [BIRCH] cm (Former Employee) (Entered: 11/18/1997) |
| 12/01/1997 | 513 | | CERTIFIED copy of Appellate Court order [97–6365]: DAVID RONALD CHANDLER – dated 11/20/97 that appellant's motion to file 75 page initial brief is DENIED filed [Stanley F Birch, Jr] (Former Employee) Modified on 12/01/1997 (Entered: 12/01/1997) |
| 12/08/1997 | 514 | | CERTIFIED copy of Appellate Court order: re 28:2255 of David Ronald Chandler dated 12/3/97 that appellants motion for extension of time to file appellant's initial brief until court decides reconsideration of page limit request, construed as motion to stay briefing is DENIED; brief to be filed within 7 days filed [BIRCH] cm (Former Employee) Modified on 01/31/2001 (Entered: 12/08/1997) |

| 01/07/1998 | 515 | | CERTIFIED copy of Appellate Court order: re 28:2255 of David Ronald Chandler dated 1/6/98 that appellant's motion for reconsideration of USCA order of 11/20/97 denying appellants motion to file 75 page appellants brief is granted filed [EDMONDSON, BIRCH, BARKETT] cm (Former Employee) Modified on 01/31/2001 (Entered: 01/07/1998) |
| --- | --- | --- | --- |
| 02/06/1998 | 516 | | CERTIFIED copy of Appellate Court order: re 28:2255 of David Ronald Chandler dated 2/4/98 that appellee's motion to file 75–page brief is granted filed (Former Employee) Modified on 01/31/2001 (Entered: 02/09/1998) |
| 02/06/1998 | 517 | | CERTIFIED copy of Appellate Court order: re 28:2255 of David Ronald Chandler dated 2/4/98 that appellee's motion for extension of time to file appellee's brief til 2/23/98 is granted filed [BIRCH] (Former Employee) Modified on 01/31/2001 (Entered: 02/09/1998) |
| 02/23/1998 | 518 | | CERTIFIED copy of Appellate Court order: re 28:2255 of David Ronald Chandler dated 2/20/98 that appellee's motion for extension of time to file brief til 2/26/98 is granted filed(Former Employee) Modified on 01/31/2001 (Entered: 02/23/1998) |
| 03/10/1998 | | | CERTIFIED record on appeal with certified copy of docket entries and transmittal mailed USCA cm (Former Employee) (Entered: 03/10/1998) |
| 03/13/1998 | 519 | | CERTIFIED copy of Appellate Court order: re 28:2255 of David Ronald Chandler that appellant's motion for extension of time to file appellants reply brief til 3/26/98 is granted filed (Former Employee) Modified on 01/31/2001 (Entered: 03/13/1998) |
| 07/09/1998 | 521 | | ORDER ( by Judge James H. Hancock ) denying motion (dft pro se) for correction of clerical mistakes, &notice thereof by defendant Charles Ray Jarrell Sr [520–1] filed cm (Former Employee) (Entered: 07/09/1998) |
| 08/06/1998 | 523 | | APPEAL number #98–6580 received from USCA regarding Charles Ray Jarrell, Sr. [522–1] (KWC) (Entered: 08/06/1998) |
| 11/12/1998 | 524 | | APPEAL Certificate of Readiness Transmitted to USCA regarding Charles Ray Jarrell, Sr. [522–1] cm (KWC) (Entered: 11/12/1998) |
| 04/07/1999 | 525 | | Corrected APPEAL Certificate of Readiness Transmitted to USCA regarding Jarrell [522–1] cm (KWC) (Entered: 04/07/1999) |
| 04/19/1999 | | | APPEAL Record Sent to USCA regarding Charles Ray Jarrell, Sr. [522–1] (KWC) (Entered: 04/19/1999) |
| 09/29/1999 | 528 | | ORDER (by Judge James H Hancock) that dft Jarrell has 20 days to file an explanation for why he was unable to deliver his notice of appeal to prison authorities for mailing by 7/20/98, filed cm (Former Employee) (Entered: 09/29/1999) |
| 10/20/1999 | 530 | | ORDER (by Judge James H Hancock) that dft Jarrell's notice of appeal is treated also as motion to extend time to appeal and is GRANTED; time to appeal is extended through 7/27/98, filed cm (Former Employee) Modified on 10/21/1999 (Entered: 10/20/1999) |
| 11/01/1999 | 531 | | CERTIFIED copy of Appellate Court order: dated 10/29/99 in 28:2255 (CV 95–H–8005–E) that death sentence imposed on David Ronald Chandler is |

| | | | |
|---|---|---|---|
| | | | VACATED and case is REMANDED for resentencing; Chandler's convictions and sentences with respect to all remaining claims are affirmed [498–1] filed [EDMONDSON, BIRCH AND BARKETT] cm (Former Employee) (Entered: 11/01/1999) |
| 11/15/1999 | 532 | | CERTIFIED copy of Appellate Court order: re 28:2255 of David Ronald Chandler dated 11/8/99 in 28:2255 that appellant's expedited ex parte motion for authority to travel to visit client is GRANTED, filed (Former Employee) Modified on 01/31/2001 (Entered: 11/19/1999) |
| 11/19/1999 | 533 | | CERTIFIED copy of Appellate Court order: re 28:2255 of David Ronald Chandler dated 11/18/99 that appellee's motion for extension of time to file petition rehearing or suggestion for rehearing en banc to and including 12/20/99 is granted, filed (Former Employee) Modified on 01/31/2001 (Entered: 11/19/1999) |
| 12/06/1999 | 534 | | APPEAL Order from USCA that this cause shall be reheard en banc that previous panel's opinion is vacated as to dft Chandler. filed (Anderson, Tjoflat, Edmondson, Cox, Birch, Dubina, Black, Barkett, Hull, Marcus and Wilson) (YMB) Modified on 01/31/2001 (Entered: 12/06/1999) |
| 08/23/2000 | 536 | | CERTIFIED copy of Appellate Court order re 28:2255 of David Ronald Chandler (CV 95–H–8005–E): dated 8/18/00 that motion to remand case to panel is DENIED; that motion of appellant for stay of issuance of mandate pending petition for writ of certiorari is GRANTED to and including 9/18/00; stay to continue in force til final disposition by Supreme Court provided that within period above mentioned there shall be filed with Clerk of USCA certificate of Supreme Court that certiorari petition has been filed; issue mandate upon filing of copy of order of Supreme Court denying writ or upon expiration of stay unless certificate shall be filed with Clerk of USCA within that time, filed [EDMONDSON] cm (Former Employee) Modified on 08/23/2000 (Entered: 08/23/2000) |
| 09/14/2000 | 537 | | CERTIFIED copy of Appellate Court order: re 28:2255 of David Ronald Chandler dated 9/13/00 that appellant's motion for enlargement of time for filing petition for writ of certiorari in order to continue stay mandate to and including 10/19/00 is DENIED, with exh att, filed [EDMONDSON] cm (Former Employee) Modified on 01/31/2001 (Entered: 09/14/2000) |
| 10/10/2000 | 538 | | CERTIFIED copy of Appellate Court order: re David Ronald Chandler (CV 95–H–8005–E) dated 10/5/00 that appellant's motion to reconsider order denying request to extend to 10/19/00 the date for filing petition for certiorari in order to continue stay of mandate is DENIED filed [ANDERSON, TJOFLAT, EDMONDSON, COX, BIRCH, DUBINA, BLACK, BARKETT, HULL, MARCUS AND WILSON] cm (Former Employee) (Entered: 10/10/2000) |
| 10/20/2000 | 539 | | APPEAL Order from USCA dated 7/21/00 issued as mandate 10/19/00 as to David Ronald Chandler that the jgt of District Court is affirmed, w/slip opinion attached (Anderson, Tjoflat, Edmondson, Cox, Birch, Dubina, Black, Barkett, Hull, Marcus, Wilson) (Former Employee) Modified on 02/09/2001 (Entered: 10/25/2000) |
| 10/25/2000 | | | REMARK: Record on appeal received from USCA, consisting of 5 boxes: 16 Vol. pleadings, 24 Vol. trans, 14 Sealed Env. (Former Employee) |

| | | | |
|---|---|---|---|
| | | | (Entered: 10/25/2000) |
| 11/30/2000 | 540 | | CERTIFIED copy of Appellate Court order: dated 11/29/00 re 28:2255 of David Ronald Chandler (CV 95–H–8005–E) that appellant's expedited ex parte motion for authority to travel to attend a meeting with Dept of Justice officials is GRANTED; court authorizes counsel to be reimbursed for expenses for travel and meeting, filed [EDMONDSON] cm (Former Employee) (Entered: 11/30/2000) |
| 12/13/2000 | 542 | | ORDER (by Judge James H Hancock) denying motion to preserve integrity of judicial process, et al, or alternatively, motion for writ of mandamus by dft Charles Ray Jarrell Sr [541–1] filed cm (Former Employee) (Entered: 12/13/2000) |
| 01/19/2001 | | | Remark – Note to file – President Clinton commuted sentence of David Ronald Chandler from the DEATH penalty (Former Employee) Modified on 03/09/2001 (Entered: 01/31/2001) |
| 02/06/2001 | 544 | | APPEAL number 01–10531–F received from USCA re: [543–1] as to dft Charles R. Jarrell, Sr. (Former Employee) (Entered: 02/09/2001) |
| 04/10/2003 | | | Docket Modification (Utility) case terminated (Former Employee) (Entered: 04/10/2003) |
| 05/18/2015 | 549 | | MOTION Challenging Jurisdiction in Violation of the United States Constitution by David Ronald Chandler. (pro se) (SMH2, ) (Entered: 05/18/2015) |
| 05/29/2015 | 550 | | MOTION to Appoint Counsel by David Ronald Chandler. (pro se) (SMH2, ) (Entered: 06/02/2015) |
| 06/04/2015 | 551 | | ORDER TO SHOW CAUSE as to dft/movant David Ronald Chandler, the dft's Motion 549 must be construed to be a second or successive 2255 motion; the movant is DIRECTED to show cause in writing and under oath, if any cause exists, within 15 days after the entry of this Order, why this motion should not be dismissed due to the failure of the movant to obtain the authorization of the court of appeals for the filing of the motion. Signed by Magistrate Judge T Michael Putnam on 6/4/2015. (DWC, ) cm dft (Entered: 06/04/2015) |
| 06/19/2015 | 552 | | MOTION to Show Cause by David Ronald Chandler. (pro se) (SMH2, ) (Entered: 06/19/2015) |
| 08/20/2015 | 553 | | ORDER as set out DENYING and DISMISSING 549 Motion Challenging Jurisdiction in Violation of the United States Constitution as to David Ronald Chandler (1); DENYING 552 Motion for Order to Show Cause as to David Ronald Chandler (1) (cm dft). Signed by Judge James H Hancock on 8/20/2015. (HBB, ) (Entered: 08/20/2015) |
| 09/04/2015 | 554 | | MOTION for Reconsideration re 553 Order, Order on Motion for Order to Show Cause, by David Ronald Chandler (Pro Se). (HBB, ) (Entered: 09/08/2015) |
| 09/10/2015 | 555 | | ORDER DENYING 554 Motion for Reconsideration as to David Ronald Chandler (1). Signed by Judge James H Hancock on 9/10/2015. (cm dft) (HBB, ) (Entered: 09/10/2015) |

| 11/16/2015 | 556 | | MOTION for Clarification and Stipulation of Law filed by dft David Ronald Chandler (pro se). (Attachments: # 1 Exhibit A, # 2 Exhibit B (redacted), # 3 Exhibit B (sealed))(DWC, ) (Entered: 11/17/2015) |
|---|---|---|---|
| 11/17/2015 | | | Case as to dfts Patrick Joseph Treacy, Charles Ray Jarrell, Sr, Charles Ray Jarrell, Jr, Richard Andrew Fields, Paul Watson, Fred Moncrief, Toby Lee Barnwell, Danny Scott Hackney, Waylon Motes, Eddie Chandler, James William Thompson, James Timothy Emigh, Ollie Morris, Jr, Lawrence James Skinner, David Ronald Chandler, Bobby J Steed Reassigned to Judge Virginia Emerson Hopkins. Judge James H Hancock no longer assigned to the case. (DWC, ) (Entered: 11/17/2015) |
| 11/17/2015 | 557 | | ORDER denying 556 Motion for Clarification and Stipulation as to David Ronald Chandler (1). Signed by Judge Virginia Emerson Hopkins on 11/17/2015. (Hopkins, Virginia) cm dft on 11/17/2015 (DWC, ). (Entered: 11/17/2015) |
| 11/19/2015 | 558 | | NOTICE of ADDENDUM to by David Ronald Chandler re 556 MOTION for Clarification and Stipulation of Law. (pro se) (SMH2, ) (Entered: 11/20/2015) |
| 11/30/2015 | 559 | | MOTION Pursuant to Fed. R. Crim. 27 and 55 by David Ronald Chandler. (pro se) (SMH2, ) (Entered: 12/01/2015) |
| 11/30/2015 | 560 | | MOTION Pursuant to Fed. R. Crim. 25 by David Ronald Chandler. (pro se) (SMH2, ) (Entered: 12/01/2015) |
| 12/01/2015 | 561 | 55 | ORDER denying 559 Motion for copy of official record as to David Ronald Chandler (1). Signed by Judge Virginia Emerson Hopkins on 12/1/2015. (Hopkins, Virginia) (Entered: 12/01/2015) |
| 12/01/2015 | 562 | 56 | ORDER denying 560 Motion for answers to questions about Judges Hancock and Hopkins as to David Ronald Chandler 1). Signed by Judge Virginia Emerson Hopkins on 12/1/2015. (Hopkins, Virginia) (Entered: 12/01/2015) |
| 12/11/2015 | 563 | 57 | NOTICE of Appeal by David Ronald Chandler re 561 562 Order on Motion. (pro se) (SMH2, ) (Entered: 12/11/2015) |
| 12/11/2015 | 564 | 59 | NOTICE of Transmittal Letter as to David Ronald Chandler re 563 Notice of Appeal. (SMH2, ) (Entered: 12/11/2015) |

```
MIME-Version:1.0
From:cmecf_ALND@alnd.uscourts.gov
To:ecfAdmin@alnd.uscourts.gov
Bcc:
--Case Participants: Joyce White Vance, US Attorney (usaaln.ecfusa@usdoj.gov), US Marshal
(usms-aln-courts@usdoj.gov), US Probation (alnpdb_cmecf@alnp.uscourts.gov), Judge Virginia
Emerson Hopkins (hopkins_chambers@alnd.uscourts.gov), Magistrate Judge T Michael Putnam
(putnam_chambers@alnd.uscourts.gov)
--Non Case Participants: DWC (criminal_helpdesk@alnd.uscourts.gov)
--No Notice Sent:

Message-Id:3636520@alnd.uscourts.gov
Subject:Activity in Case 1:90-cr-00266-VEH-TMP United States of America v. Chandler et al
Order on Motion for Miscellaneous Relief
```
Content−Type: text/html

## U.S. District Court

## Northern District of Alabama

## Notice of Electronic Filing


The following transaction was entered on 12/1/2015 at 2:57 PM CST and filed on 12/1/2015

| | |
|---|---|
| **Case Name:** | United States of America v. Chandler et al |
| **Case Number:** | 1:90−cr−00266−VEH−TMP |
| **Filer:** | |
| **Document Number:** | 561(No document attached) |

**Docket Text:**
 **ORDER denying [559] Motion for copy of official record as to David Ronald Chandler (1). Signed by Judge Virginia Emerson Hopkins on 12/1/2015. (Hopkins, Virginia)**


**1:90−cr−00266−VEH−TMP−1 Notice has been electronically mailed to:**

Alice H Martin, US Attorney   usaaln.ecfusa@usdoj.gov

US Marshal   usms−aln−courts@usdoj.gov

US Probation   alnpdb_cmecf@alnp.uscourts.gov

**1:90−cr−00266−VEH−TMP−1 Notice has been delivered by other means to:**

Charles Ray Jarrell, Sr(Terminated)


David Ronald Chandler(Terminated)
# 17867−001
F.C.I. Talladega
PMB Box 1000
Talladega, AL 35160

```
MIME-Version:1.0
From:cmecf_ALND@alnd.uscourts.gov
To:ecfAdmin@alnd.uscourts.gov
Bcc:
--Case Participants: Joyce White Vance, US Attorney (usaaln.ecfusa@usdoj.gov), US
Probation (alnpdb_cmecf@alnp.uscourts.gov), US Marshal (usms-aln-courts@usdoj.gov), Judge
Virginia Emerson Hopkins (hopkins_chambers@alnd.uscourts.gov), Magistrate Judge T Michael
Putnam (putnam_chambers@alnd.uscourts.gov)
--Non Case Participants: DWC (criminal_helpdesk@alnd.uscourts.gov)
--No Notice Sent:

Message-Id:3636527@alnd.uscourts.gov
Subject:Activity in Case 1:90-cr-00266-VEH-TMP United States of America v. Chandler et al
Order on Motion for Miscellaneous Relief
Content-Type: text/html
```

## U.S. District Court

## Northern District of Alabama

## Notice of Electronic Filing

The following transaction was entered on 12/1/2015 at 3:00 PM CST and filed on 12/1/2015

**Case Name:**      United States of America v. Chandler et al

**Case Number:**      1:90–cr–00266–VEH–TMP

**Filer:**

**Document Number:**  562(No document attached)

**Docket Text:**
 **ORDER denying [560] Motion for answers to questions about Judges Hancock and Hopkins as to David Ronald Chandler 1). Signed by Judge Virginia Emerson Hopkins on 12/1/2015. (Hopkins, Virginia)**

**1:90–cr–00266–VEH–TMP–1 Notice has been electronically mailed to:**

Alice H Martin, US Attorney   usaaln.ecfusa@usdoj.gov

US Marshal   usms–aln–courts@usdoj.gov

US Probation   alnpdb_cmecf@alnp.uscourts.gov

**1:90–cr–00266–VEH–TMP–1 Notice has been delivered by other means to:**

Charles Ray Jarrell, Sr(Terminated)


David Ronald Chandler(Terminated)
# 17867–001
F.C.I. Talladega
PMB Box 1000
Talladega, AL 35160

FILED

2015 Dec-11  PM 04:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION


| | | |
|---|---|---|
| DAVID RONALD CHANDLER, | ] | |
| Petitioner, | ] | |
| | ] | |
| vs. | ] | Case No. 1:90-CR-266-JHH |
| | ] | |
| UNITED STATES OF AMERICA, | ] | |
| Respondent. | ] | |


## NOTICE OF INTERLOCUTORY APPEAL

**COMES NOW**, David Ronald Chandler, and hereby submits his Notice of Interlocutory Appeal. Chandler is appealing Document Number 561 order denying [559] Motion Pursuant to Fed.R.Crim.P. 27 and 55. Chandler is also appealing Document Number 562 order denying [560] Motion Pursuant to Fed.R.Crim.P. 25(b). Chandler believes that denying these motions which are the rules of the Court shall be of the opinion that such order involves a controlling question of law as to which there is a substantial ground of difference of opinion and that an immediate appeal from the order may materially advance the ultimate determination of the litigation. The fact that the record shows no appointment of a Special Prosecutor to Chandler's case, which means a private citizen was allowed to prosecute David Ronald Chandler in a Federal Court, if true it would be structural and reversible error.

So prayed.

This document is signed, dated and sworn to pursuant to 28

1.

U.S.C. § 1746 under the penalty of perjury on this 4th day of December, 2015.

Respectfully submitted,

David Ronald Chandler

David Ronald Chandler
#17867-001
FCI Talladega
PMB 1000
Talladega, Alabama 35160

## CERTIFICATE OF SERVICE

I, the undersigned, David Ronald Chandler, hereby certify that on December 4th, 2015, a true and correct copy of the foregoing document was forwarded to the following address with proper postage affixed thereon in the prison legal mail system.

To: Joyce White Vance
    1801 4th Avenue North
    Birmingham, AL 35203-2101

David Ronald Chandler

David Ronald Chandler
#17867-001
FCI Talladega
PMB 1000
Talladega, AL 35160

2.

FILED
2015 Dec-11 PM 04:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**Northern District of Alabama**
**Office of the Clerk**
**Hugo L. Black United States Courthouse**
**Room 140, 1729 5th Avenue North**
**Birmingham, Alabama 35203**
**(205) 278-1700**

John Ley, Clerk , New Appeal
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

U.S.D.C. No.     1:90-CR-266-VEH-TMP

IN RE:           USA v. David Ronald Chandler

DATE: December 11, 2015

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this transmittal.

X        Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed.  Please check if judgment was oral:

X        First Notice of Appeal?  No Dates of other Notices:  4/28/97

X        The Judge/Magistrate Judge appealed from is:  District Virginia Emerson Hopkins

                          Sharon N. Harris, Clerk


                          By:     Stacy Handley
                          Deputy Clerk

xc:      Counsel