FILED

2015 Dec-30  AM 10:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

DAVID RONALD CHANDLER,

    Petitioner,

vs.

                        ]    Case No. <u>1:90-cr-00266-VEH-TMP-1</u>

                        ]

UNITED STATES OF AMERICA,   ]

    Respondent.           ]

**MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS**

    **COMES NOW,** Appellant, David Ronald Chandler, and for his Motion to Proceed on Appeal in Forma Pauperis states to the Court as follows:

1. David Ronald Chandler states that because of his poverty he is unable to pay the docketing fee for an appeal or give security. Therefore he believes he is entitled to redress. Please see attached Affidavit in support of Motion to Proceed In Forma Pauperis.

    **WHEREFORE,** David Ronald Chandler **PRAYS** that this District Court **GRANT** his Motion to Proceed In Forma Pauperis.

                        Respectfully submitted,

                        By: David Ronald Chandler

                        David Ronald Chandler
                        #18767-001, Sigma A
                        FCI Talladega, PMB 1000
                        Talladega, AL 35160

1.

**(Form 4)**

# Affidavit Accompanying Motion for
# Permission to Appeal In Forma Pauperis

United States District Court for the __Northern__ District of __Alabama__

**A. B., Plaintiff** David R Chandler

v.                                                                      Case No. 15-15510-D

**C. D., Defendant.** United States of America

---

**Instructions:** Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0,", "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

---

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Date: Dec. 21 2015          Signed: David Ronald Chandler

---

My issues on appeal are: Motion denying Fed. R.Crim.P, 25b and rule 27 and rule 55, proving the record

1.   For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ O | $ N/A | $ O | $ N/A |
| Self-employment | $ O | $ N/A | $ O | $ N/A |
| Income from real property (such as rental income) | $ O | $ N/A | $ O | $ N/A |
| Interests and dividends | $ O | $ N/A | $ O | $ N/A |
| Gifts | $ 2000 | $ N/A | $ O | $ |
| Alimony | $ O | $ N/A | $ O | $ N/A |
| Child support | $ O | $ N/A | $ O | $ N/A |
| Retirement (such as Social Security, pensions, annuities, insurance) | $ O | $ N/A | $ O | $ N/A |
| Disability (such as Social Security, insurance payments) | $ O | $ N/A | $ O | $ N/A |
| Unemployment payments | $ O | $ N/A | $ O | $ N/A |
| Public-assistance (such as welfare) | $ O | $ N/A | $ O | $ N/A |
| Other (specify): O | $ O | $ N/A | $ O | $ N/A |
| **Total monthly income:** | $ O | $ N/A | $ O | $ |

139

Rev: 12/98

2.  List your employment history, most recent employer first.  (Gross monthly pay is before taxes or other deductions.)

| Employer | Address FCI. | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Federal Correctional INS. | PMB 1000 | From July 21, 2014 | ○ |
| | Talladega, Al 35160 | until now | ○ |
| | | | ○ |

3.  List your spouse's employment history, most recent employer first.  (Gross monthly pay is before taxes or other deductions.)

| | | | |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4.  How much cash do you and your spouse have?  $ None

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None | None | $ ○ | $ N/A |
| none | none | $ ○ | $ N/A |
| none | none | $ ○ | $ N/A |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5.  List the assets, and their values, which you own or your spouse owns.  Do not list clothing and ordinary household furnishings.

| Home (Value) | Other Real Estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| ○ | ○ | Make & Year: None |
| ○ | ○ | Model: none |
| ○ | ○ | Registration #: none |

| Other Assets(Value) | Other Assets (Value) | Motor Vehicle #2 (Value) |
|---|---|---|
| ○ | ○ | Make & Year: none |
| ○ | ○ | Model: none |
| ○ | ○ | Registration #: none |

6.  State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| ○ | ○ | ○ |
| ○ | ○ | ○ |
| ○ | ○ | ○ |

Rev.: 12/98                                                140 .

7   State the persons who rely on your or your spouse for support.

| Name | Relationship | Age |
|------|-------------|-----|
| none | none | none |
| none | none | none |
| none | none | none |

8.   Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|--|-----|-------------|
| For home-mortgage payment (include lot rented for mobile home) | $ O | $ O |
| Are real-estate taxes included? ☑Yes ☐No | $ O | $ O |
| Is property insurance included? ☑Yes ☐No | $ O | $ O |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ O | $ O |
| Home maintenance (repairs and upkeep) | $ O | $ O |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ N/A | $ N/A |
| Homeowner's or renter's | $ N/A | $ N/A |
| Life | $ N/A | $ N/A |
| Health | $ N/A | $ N/A |
| Motor Vehicle | $ N/A | $ N/A |
| Other: none | $ none | $ none |
| Taxes (not deducted from wages or included in mortgage payments) (specify): None | $ none | $ none |
| Installment payments | $ none | $ none |
| Motor Vehicle | $ none | $ none |
| Credit card (name): none | $ none | $ none |
| Department store (name): none | $ none | $ none |
| Other: none | $ none | $ none |
| Alimony, maintenance, and support paid to others | $ none | $ none |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ none | $ none |
| Other (specify): none | $ none | $ none |
| Total monthly expenses | $ none | $ none |

[4]

Rev.: 12-98

9    *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    ☐ Yes  ☑ No      If yes, describe on an attached sheet.

10. *Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?*

    ☐ Yes  ☑ No      If yes, how much: $   none

    If yes, state the attorney's name, address, and telephone number:

11. *Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*

    ☐ Yes  ☑ No      If yes, how much? $   none

    If yes, state the person's name, address, and telephone number:

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    I work for the Talladega F.C.I. recreational Department, and they have not paid me 1¢ for the last sixteen months. Neither at this point do I have anyone that sends me a gift of money.

13. *State the address of your legal residence.*

Your daytime phone number: ( None ) _____

Your age: 63 _____ Your years of schooling: 12 _____

Your Social Security number: 423.80.9130 _____

(As amended Apr. 24, 1998, eff. Dec. 1, 1998.)

# Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 17867001 | Current Institution: | Talladega FCI |
| Inmate Name: | CHANDLER, DAVID | Housing Unit: | TDG-S-A |
| Report Date: | 12/20/2015 | Living Quarters: | S01-011L |
| Report Time: | 10:44:43 AM | | |

General Information    |    Account Balances    |    Commissary History    |    Commissary Restrictions    |    Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 4810 |
| PAC #: | 539732527 |
| Revalidation Date: | 22nd |
| FRP Participation Status: | No Obligation |
| Arrived From: | ATL |
| Transferred To: | |
| Account Creation Date: | 2/12/2002 |
| Local Account Activation Date: | 7/22/2014 3:15:57 AM |
| Sort Codes: | |
| Last Account Update: | 12/11/2015 9:34:50 AM |
| Account Status: | Active |
| Phone Balance: | $0.16 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☐ Payroll    ☐ Outside Source Funds |

*A. Moore,
Case manager
12-21-2015
JCF Talladega*

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $0.73 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.73 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |

Administrative Hold Balance: $0.00

Available Balance: $0.00

National 6 Months Deposits: $200.00

National 6 Months Withdrawals: $253.85

Available Funds to be considered for IFRP Payments: ($250.00)

National 6 Months Avg Daily Balance: $91.95

Local Max. Balance - Prev. 30 Days: $0.00

Average Balance - Prev. 30 Days: $0.73

Inmate Qualifies for OTC Medication

This Inmate is Indigent

## Commissary History

### Purchases

Validation Period Purchases: $0.00

YTD Purchases: $128.60

Last Sales Date: 11/19/2015 11:29:38 AM

### SPO Information

SPO's this Month: 0

SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No

Weekly Revalidation: No

Bi-Weekly Revalidation: No

Spending Limit: $360.00

Expended Spending Limit: $0.00

Remaining Spending Limit: $360.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00

Restricted Expended Amount: $0.00

Restricted Remaining Spending Limit: $0.00

Restriction Start Date: N/A

Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|-----------|-----------|------------|----------|--------|

**Comments**

Comments:

_____

## CERTIFICATE OF SERVICE

I, the undersigned, David Ronald Chandler, hereby certify that on December 22, 2015, a true and correct copy of the foregoing document was forwarded to the following address with proper postage affixed thereon in the prison legal mail system.


To: Ms. Joyce White Vance
    United States Attorney
    1801 4th Avenue North
    Birmingham, AL. 35203-2101


BY: David Ronald Chandler
    **David Ronald Chandler**