FILED

2016 Jan-07  AM 11:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **Case no. 1:90-cr-266-VEH-TMP** |
| | ) | |
| **DAVID RONALD CHANDLER,** | ) | |
| | ) | |
| **Defendant/Movant.** | ) | |

_____

## ORDER REGARDING APPEAL

PART I.

(A)   On May 13, 2015, the defendant/movant, David Ronald Chandler, filed a "Motion Challenging Jurisdiction in Violation of the United States Constitution," alleging that his 1991 conviction is void because the court lacked subject matter jurisdiction. The court denied the motion on August 20, 2015, finding that the motion was in fact, a § 2255 motion to vacate, and Chandler had not obtained pre-approval from the court of appeals to file a successive motion to vacate. The court denied Chandler's motion for reconsideration on September 10, 2015. No filing fee was required in this court to initiate the action.

On November 30, 2015, Chandler filed a motion requesting a copy of the record of his criminal proceedings (doc. 559), and a motion requesting a copy of the court order reassigning this case from Judge James H. Hancock to the undersigned, as well as information regarding the reason for the reassignment (doc. 560). The court denied those motions on December 1, 2015.

The defendant/movant has filed a "Notice of Interlocutory Appeal" (doc. 563), which is deemed to include a Request for a Certificate of Appealability, along with an application to proceed on appeal *in forma*

*pauperis*. Chandler seeks to appeal the court's denial of his November 30, 2015 motions. Pursuant to 28 U.S.C. § 1915(a)(3), this court hereby certifies for the reasons stated below one of the following:

[ ]   1.   This appeal is taken in good faith and the movant is otherwise entitled to proceed on appeal *in forma pauperis*; or

[**X**]   2.   This appeal is not taken in good faith and the application to proceed on appeal *in forma pauperis* is therefore **DENIED**; or

[ ]   3.   That movant is not otherwise entitled to proceed on appeal *in forma pauperis*.

(B)   The reasons for this Court's decision are:

[ ]   Previously stated in this Court's Order dated _____ _____.

[**X**]   Other:   The orders the defendant/movant seeks to appeal are not final orders. Further, the motions filed by the movant present no issues fairly debatable among reasonable jurists. This appeal is therefore frivolous.

PART II.

Pursuant to 28 U.S.C. § 2253 (as amended), an appeal may not be taken in this action unless the court issues a certificate of appealability. Such a certificate may issue only if the applicant has made a substantial showing of the denial of a constitutional right. For the reasons stated below a certificate of appealability is:

____ GRANTED                              __X__ DENIED

As noted above, the motions present no issues fairly debatable among reasonable jurists. Therefore, the defendant/movant

2

has not made a substantial showing of the denial of a constitutional right.

The defendant/movant is **ADVISED** that he may file an application to proceed on appeal *in forma pauperis* and a request for certificate of appealability directly with the Court of Appeals for the Eleventh Circuit.

**DONE** this 7th day of January, 2016.

**VIRGINIA EMERSON HOPKINS**
United States District Judge