FILED

2016 Jan-07  PM 12:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**Northern District of Alabama**
**Office of the Clerk**
**Hugo L. Black United States Courthouse**
**Room 140, 1729 5th Avenue North**
**Birmingham, Alabama 35203**
**(205) 278-1700**

Amy Nerenberg, Acting Clerk USCA# 15-15510-D
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

U.S.D.C. No.    1:90-CR-266-VEH-TMP

IN RE:        USA v. David Ronald Chandler

DATE: January 7, 2016

Enclosed are documents regarding an appeal in this matter.

X        Certified copy of Order Regarding Appeal doc # [568]

Sharon N. Harris, Clerk

By:_____s/s_____

H. Bagby, Deputy Clerk