2016 Feb-12  AM 11:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

Case: 15-15510    Date Filed: 02/12/2016    Page: 2 of 2

FILED IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

2016 FEB 12 A 11: 11

U.S. DISTRICT COURT
N.D. OF ALABAMA

No. 15-15510-D

1:90-CR-266-VEH-TMP

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DAVID RONALD CHANDLER,
a.k.a. Ronnie Chandler,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant David Ronald Chandler has failed to pay the filing and docketing fees to the district court within the time fixed by the rules, effective February 12, 2016.

AMY C. NERENBERG
Acting Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Scott O'Neal, D, Deputy Clerk

FOR THE COURT - BY DIRECTION