FILED
2021 Nov-18  AM 08:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **DAVID RONALD CHANDLER**, | ) | |
|     **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:90-CR-266-CLM-GMB-1** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
|     **Respondent.** | ) | |

## ORDER

David Ronald Chandler, who is appealing this court's denial of his motion for compassionate release, moves for leave to appeal in forma pauperis. Doc. 585. This court should grant in forma pauperis status on appeal unless the court finds that the appeal "is not taken in good faith." 28 U.S.C. § 1915(a)(3). An appeal is not brought in good faith "if it is without arguable merit either in law or fact." *Ghee v. Retailers Nat'l Bank*, 271 F. App'x 858, 859–60 (11th Cir. 2008).

For the reasons stated in this court's order denying Chandler's motion for compassionate release (doc. 581), Chandler has no arguable claim for relief. As the court explained, Chandler's motion doesn't fall within any of the categories that U.S.S.G. § 1.B1.13 identifies as an extraordinary and compelling reason for release. And even if extraordinary and compelling reasons for Chandler's compassionate release existed, U.S.S.G. § 1.B.1.13(2) and the 18 U.S.C. § 3553(a) factors strongly weigh against Chandler's compassionate release. So the court finds that Chandler's

appeal lacks merit and isn't taken in good faith. The court thus **DENIES** Chandler's motion for leave to appeal in forma pauperis (doc. 585).

But Chandler may still seek leave to proceed in forma pauperis from the United States Court of Appeals for the Eleventh Circuit. *See* Fed. R. App. P. 24(a)(5) ("A party may file a motion to proceed on appeal in forma pauperis in the court of appeals within 30 days after [the Clerk of Court notifies the parties that the district court has denied a motion to proceed in forma pauperis on appeal]."). If Chandler files a motion for leave to appeal in forma pauperis with the Eleventh Circuit, he should attach to the motion an affidavit that explains the issues he plans to raise on appeal. *See* Fed. R. App. P. 24(a)(1).

**DONE** and **ORDERED** on November 18, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE