2025 Oct-09 PM 01:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

U. S. District Court, Northern District of Alabama
Office of the Clerk
140 Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Greer M. Lynch
Clerk of Court

Dave Smith, Clerk of Court
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**Appeal #**        **new appeal**
U.S.D.C. No.        1:90-cr-00266-CLM-GMB-1
IN RE:              USA v. Chandler, et al
DATE:               October 9, 2025

Enclosed are documents regarding an appeal in this matter.

X        Copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed. Please check if judgment was oral:

X        First Notice of Appeal?  No Dates of other Notices: 4/28/1997, 97-6365; 10/12/2021, 21-13482, 11/22/2023, 23-13836.

X        The appellant docket fee has been paid.  No

X        The Judge/Magistrate Judge appealed from is: Corey L. Maze

X        Thre was no hearing from which a transcript could be made

Greer M. Lynch, Clerk

By: /s/ *R. Montgomery*
Deputy Clerk