2025 Oct-21  PM 02:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

Clerk of Court                                         Oct. 16, 2025

Re.: United State v. Chandler, No: 1:90-cr-00266-CLM-GMB-1     11th circuit case # 25-13553

Dear Clerk of the court

On Oct 9, 25 the 11th court of appeals forwarded to the District court a motion that I filed to the circuit court with the assistance of an Inmate in accord to the United States supreme court law. unfortunately I failed to retain a copy. Could you please send me a copy, because my family may retain a attorney to enter the case

Sincerely yours
David R. Chandler