**FILED**

2025 Oct-21 PM 02:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

Office of the Clerk
Northern District of Alabama
Hugo L. Black United States Courthouse
Room 140, 1729 S• Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Date: 10/21/25

**GREER M. LYNCH, CLERK OF COURT**

### REQUEST FOR COPIES

**ATTN:** David Ronald Chandler

**RE:** **USA v.** Chandler et al

**Case No.:** 1:90-cr-266-CLM-GMB

We have received your request for copies of documents. Fees for copies provided from the United States District Court to requesting parties are statutorily set and defined in the Federal Rules of Civil Procedure. Please refer to 28 U.S.C. §§ 1913, 1914(b), 1926 and 1930(b). It is the requirement of this court that copy fees be paid prior to receipt of the copies. Copies may be provided free of charge only upon order of the court. The copy charges of this court are 50¢ per page for photocopies and $12.00 per document for certification.

Should it be necessary to research court records to obtain case numbers, there is an applicable $34.00 name search fee. This fee must also be paid in advance for each name researched. Upon receipt of payment, we will search our records to obtain any case number(s) pertaining to the referenced name(s). If the search was negative, you will be so advised.

If a file(s) is stored in our Archives which contains the documentation requested, there will be a $70.00 fee for retrieval of **each file** from Archives. Fees for retrieval of the subject file(s) must be paid prior to our ordering the file(s). Upon receipt of the file(s) from Archives, we will advise you of the charges for copying the requested documents.

The charges associated with your request for copies are listed below:

| DOCUMENT | NUMBER OF PAGES | PHOTOCOPY FEE | CERTIFICATION FEE |
|---|---|---|---|
| Notice of Appeal | 3 | $1.50 | $12.00 |
| | | | $12.00 |
| | | | $12.00 |

If you need photocopies only, the total charge for the document(s) requested is $ 1.50

If you require certified copies, the total amount due is $ 13.50

If it was necessary to perform a name search, the total amount due is $ ___

If it was necessary to retrieve the file from Archives, the total amount due is $ ___

If you requested a copy of transcript(s), please note that transcripts must be obtained from the court reporter. Please address your request to Federal Court Reporters, 1729 5th Avenue North, Birmingham, AL 35203. Please make reference to the case number and specify the transcript(s) needed. The court reporter will advise you of the charge for such copies of transcript(s).

**PAYMENT OF CHARGES:** If this request is being made by an individual, please submit a certified check or money order. A firm or corporate entity may submit a check drawn on a corporate account. The check or money order should be made payable to: Clerk, U.S. District Court. **If this is for Criminal Copies,** please note that the payment is for payment of criminal copies.

Please return any requested information/material to Intake at the address shown above and refer to the case number and Plaintiff/Defendant on all correspondence.

*Effective Date: 1211/23*